# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. 3:25-778

ROBERT JOHN MAY, III

## PLEA

The Defendant, ROBERT JOHN MAY, III, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_____
(Signed) Defendant

Columbia, South Carolina
June 12, 2025