AO 442 (Rev. 11/11) Arrest Warrant

FIO 11020589

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
UNITED STATES MARSHAL
4:18 pm, Jun 11 2025
DISTRICT OF SOUTH CAROLINA
COLUMBIA

United States of America
v.

ROBERT JOHN MAY, III
a/k/a "joebidennnn69",
a/k/a "Eric Rentling"

  Defendant

)
)
)   Case No.  3:25-778
)
)
)
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ROBERT JOHN MAY, III, a/k/a "joebidennnn69", a/k/a "Eric Rentling",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2252A(a)(2)
Title 18, United States Code, Section 2252A(b)(1)
Title 18, United States Code, Section 2253
Title 28, United States Code, Section 2461(c)

Date:  6/10/2025

City and state:   Columbia, South Carolina

s/Karen Boston
*Issuing officer's signature*
ROBIN BLUME
CLERK OF COURT

*Printed name and title*

---

### Return

This warrant was received on *(date)* 06/11/2025 , and the person was arrested on *(date)* 6/11/2025
at *(city and state)* West Columbia, SC

Date: 6/12/25

Britton B. Lorenzen
*Arresting officer's signature*

Britton B. Lorenzen
*Printed name and title*