IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 3:25-778 (CMC) |
| | ) | |
| -vs- | ) | MOTION FOR CONTINUANCE |
| | ) | |
| | ) | |
| **ROBERT JOHN MAY, III** | ) | |

    Now comes the defendant, **ROBERT JOHN MAY, III**, by and through his appointed counsel, Jenny D. Smith, Assistant Federal Public Defender, who respectfully requests the court to continue the jury selection date in this case that is currently scheduled for September 10, 2025 to the Court's next term. The pretrial conference for this case is currently scheduled for August 20, 2025. Assistant United States Attorneys, Jonathan Scott Matthews, Dean Secor, and Austin Berry, have been consulted and they consent to this continuance. This motion is made on the following grounds:

    Counsel needs additional time to review the voluminous discovery, conduct a thorough investigation, and review the discovery with the defendant. Additionally, a continuance would allow the parties more time to negotiate a resolution to the case.

(Signatures on the next page).

Defense counsel represents to the court that she has discussed this continuance with the defendant, and that he consents to the continuance. The defendant acknowledges and understands that the time occasioned by this delay shall be excluded from consideration under 18 U.S.C. § 3161, et seq., The Speedy Trial Act.

Respectfully submitted,

*s/Jenny D. Smith*
Jenny D. Smith
Assistant Federal Public Defender
Federal Public Defender's Office
1901 Assembly Street, Suite 200
Columbia, South Carolina 29201
(803) 765-5076
Attorney ID No. 10803
jenny_d_smith@fd.org

Columbia, South Carolina
August 11, 2025.

I CONSENT:

BRYAN STIRLING
UNITED STATES ATTORNEY

By: s/Jonathan Scott Matthews
   Assistant United States Attorney

   s/Austin Berry
   Assistant United States Attorney

I CONSENT:

_____
Robert John May, III
Defendant