

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO: 3:25-778-CMC |
| ) | |
| vs. ) | **REVISED** |
| ) | **SCHEDULING NOTICE** |
| ROBERT JOHN MAY, III ) | |
| ) | |

**PRETRIAL CONFERENCE:** A Pretrial conference is scheduled before **The Honorable Cameron McGowan Currie for September 24, 2025 at 1:30 p.m.** *NOTE: If a Plea Agreement has been reached, the Change of Plea hearing will be held on September 24, 2025 at 1:30 p.m..*

**JURY SELECTION:** A jury will be selected for the trial of this case on **October 8, 2025 at 9:30 a.m.** *Requests to Strike are due by 12:00 Noon two days prior to Jury Selection.*

**JURY TRIAL:** A jury trial will be held in this case following jury selection on **October 9, 2025 at 9:30 a.m.**

Pursuant to the Local Rules of this court, counsel must submit any proposed voir dire questions and special jury instructions to the court (with a copy being sent to opposing counsel) at least five business days prior to jury selection. If such requests are not made by the deadline, counsel shall have waived the right to submit them.

All parties are advised that they must get the court's approval to receive a jury list. The jury clerk will send each juror a written questionnaire to be completed and returned prior to jury selection. Copies of these questionnaire responses will be available for review through CM/ECF seven days prior to jury selection; a Juror Questionnaire/List Request Form may be accessed on the web at
**https://www.scd.uscourts.gov/Forms/Jury/Juror_Questionnaire_List_Request_Form.pdf**.
The questionnaires ask many of the same questions that are traditionally asked of the jurors during *voir dire* at jury selection. All parties are responsible for obtaining copies of the questionnaire responses. The questions on the juror questionnaires will not be repeated in the courtroom during jury selection. *Upon arrival at the jury assembly room, members of the jury panel will be shown a Juror Orientation Video. You may review a transcript of the video at* **http://www.scd.uscourts.gov/Forms/Jury/Currie_Jury_Orientation_Transcript.pdf**.

ROBIN L. BLUME, CLERK

Date:  August 20, 2025            *s/Mary E. Deal, Deputy Clerk*
                                              *(803) 253-3921*