# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 3:25-CR-778-CMC |
| | ) | |
| v. | ) | MOTION FOR STATUS OF COUNSEL |
| | ) | HEARING |
| ROBERT JOHN MAY, III, | ) | |
| | ) | |
| DEFENDANT. | ) | |

NOW COMES the defendant, Robert John May, III, by and through undersigned counsel, requests a status of counsel hearing to discuss how to proceed on issues concerning his defense and upcoming deadlines imposed by the Court.

Respectfully submitted,

s/ *JENNY D. SMITH*
s/ *JEREMY A. THOMPSON*
Jenny D. Smith
Jeremy A. Thompson
Assistant Federal Public Defenders
1901 Assembly Street, Suite 200
Columbia, South Carolina 29201
T: 803-765-5070
F: 803-765-5084
Attorney ID# 10803
Attorney ID# 10342
Jenny_D_Smith@fd.org
Jeremy_Thompson@fd.org

August 29, 2025
Columbia, South Carolina