# Distributions of Child Pornography
Summary Chart

| Count | Distribution on/about | Content Recovered from "joebidennnn69" |
|---|---|---|
| 1 | April 3, 2024 14:43 (EDT) | **Video Length:** 1:08<br><br>**Last 4 Digits:** 69c0<br><br>**Description:** An adult woman is sitting in the front passenger seat of a car while nursing an infant. There is an adult male in the back seat who is recording the mother nursing and then pans to his erect penis as he directs another fully clothed child to fellate him. The adult male then pans the camera back to the infant and the woman in the front seat while the other child continues to fellate him.<br><br>**Recipient:** randomcouplehere_xii<br><br>**Sender IP Address:** 174.216.16.98 [Registered to 757-876-6231, MAY's Phone Number]<br><br>**Investigators Notes:** In total, this video was distributed on five (5) separate occasions to five (5) different Kik users. Four (4) distributions occurred from IP Address 162.234.188.43 [Registered to 338 Lake Frances Dr., MAY's Residence]; and one (1) distribution occurred from IP Address 174.216.16.98 [Registered to 757-876-6231, MAY's Phone Number]. |
| 2 | April 3, 2024 22:36 (EDT) | **Video Length:** 0:14<br><br>**Last 4 Digits:** 5841<br><br>**Description:** An adult male is penetrating the vagina of a toddler female. The toddler is wincing and has tears in her eyes and is clearly in pain.<br><br>**Recipient:** budburns_xox<br><br>**Sender IP Address:** 162.234.188.43 [Registered to 338 Lake Frances Dr., MAY's Residence] |

# Distributions of Child Pornography
Summary Chart

| Count | Distribution on/about | Content Recovered from "joebidennnn69" |
|---|---|---|
| 3 | April 3, 2024 14:05 (EDT) | **Video Length:** 1:35<br><br>**Last 4 Digits:** 13c8<br><br>**Description:** A toddler is kneeling on her knees exposing her vagina and buttocks as an adult female licks the toddler's vagina and anus.  The adult female then begins to rub a self-pleasuring device on the toddler's vagina and anus. The adult female is seen making a heart shape with her hands and smiling as the toddler is peering through her legs in view of the adult.<br><br>**Recipient:**  randomcouplehere_xii<br><br>**Sender IP Address:**  162.234.188.43 [Registered to 338 Lake Frances Dr., MAY's Residence] |

# Distributions of Child Pornography
Summary Chart

| Count | Distribution on/about | Content Recovered from "joebidennnn69" |
|---|---|---|
| 4 | April 3, 2024 13:33 (EDT) | **Video Length:** 1:57<br><br>**Last 4 Digits:** 7018<br><br>**Description:** The video is a compilation of short clips showing various minor females fellating different adult men. The video is customized with music, "Rock It Till You Drop It" by Fefe Dobson. The first video clip shows a prepubescent female wearing a Mardi Gras mask fellating an adult male. The prepubescent female's mouth is so small the adult male's penis does not fit inside her mouth, and she is only able to place her lips over the tip of the adult male's erect penis and use her tongue to fellate him. The second video clip shows a prepubescent female lying on her back on a flat surface as the adult male ejaculates in her face. The prepubescent female winces and closes her eyes tightly as to not get semen in her eyes. The third video clip shows a prepubescent fellating an animal; possibly a dog or a goat. The fourth, fifth and sixth video clips show different adult men ejaculating on different toddler females' faces. The seventh video clip shows a prepubescent female wearing sunglasses as she fellates an adult male. At the end of the video the prepubescent female turns to the camera and opens her mouth wide to show what appears to be semen in her mouth. The eighth video clip show a toddler female fellating an adult male and then spitting out what appears to be semen. The nineth video clip shows a prepubescent female holding an adult male's penis and spitting what appears to be semen from her mouth onto the adult male's penis. "Greets fly out to all the little cock suckers" is displayed at the end of the video compilation. ("Greets" appears to be slang for "Greetings").<br><br>**Recipient:** partyaids_zoj<br><br>**Sender IP Address:** 162.234.188.43 [Registered to 338 Lake Frances Dr., MAY's Residence]<br><br>**Investigators Notes:** In total, this video was distributed on two (2) separate occasions to two (2) different Kik users from IP Address 162.234.188.43 [Registered to 338 Lake Frances Dr., MAY's Residence]. |

## Distributions of Child Pornography
Summary Chart

| Count | Distribution on/about | Content Recovered from "joebidennnn69" |
|---|---|---|
| 5 | April 1, 2024 22:40 (EDT) | **Video Length:** 0:12<br><br>**Last 4 Digits:** 3a7a<br><br>**Description:** A toddler female is sitting on her knees fellating an adult male who is holding and pushing the back of the toddler's head towards his crotch. At the same time there is a different adult male who is penetrating the toddler's vagina or anus from behind. There are Hello Kitty sheets hanging in the background.<br><br>**Recipient:** budsmckenzie420_ovb<br><br>**Sender IP Address:** 162.234.188.43 [Registered to 338 Lake Frances Dr., MAY's Residence]<br><br>**Investigators Notes:** In total, this video was distributed on three (3) separate occasions to three (3) different Kik users from IP Addresses 162.234.188.43 [Registered to 338 Lake Frances Dr., MAY's Residence]. |
| 6 | April 1, 2024 16:43 (EDT) | **Video Length:** 1:42<br><br>**Last 4 Digits:** 2928<br><br>**Description:** A toddler boy is lying on his back with his legs spread apart exposing his penis and anus as an adult woman is sitting over him rubbing her breasts. The adult female fondles the toddler's penis and then begins to fellate him as she continues to rub her breasts. The toddler's penis is too small for the adult female to keep it from falling out of her mouth. Both the toddler boy and adult female are wearing black masks.<br><br>**Recipient:** ufudnene648_a1e<br><br>**Sender IP Address:** 162.234.188.43 [Registered to 338 Lake Frances Dr., MAY's Residence] |

## Distributions of Child Pornography
Summary Chart

| Count | Distribution on/about | Content Recovered from "joebidennnn69" |
|---|---|---|
| 7 | April 1, 2024 10:44 (EDT) | **Video Length:** 1:58<br><br>**Last 4 Digits:** 73d2<br><br>**Description:** A toddler female is sitting on all four on her knees with her vagina and buttocks in view of the camera. An adult uses his fingers to rub and penetrate the toddler female's vagina. The adult male turns the toddler over on her back and continues to rub and penetrate her vagina with his fingers and eventually uses his erect penis to penetrate the toddler's vagina. The toddler's vagina is so small that the adult male's hand is bigger than the area of her vagina and buttocks. The video skips to the toddler female lying on her stomach and the adult male is standing behind as his erect penis penetrates the toddler's vagina. The toddler's vagina is so small that the adult male's erect penis falls out several times and he holds his penis inside the toddler's vagina to keep it from slipping out. The camera zooms in on the toddler's vagina showing her vagina and vulva as being red and irritated.<br><br>**Recipient:** groundkeep3r_3yc<br><br>**Sender IP Address:** 162.234.188.43 [Registered to 338 Lake Frances Dr., MAY's Residence] |
| 8 | April 1, 2024 09:34 (EDT) | **Video Length:** 0:32<br><br>**Last 4 Digits:** 63e8<br><br>**Description:** A naked toddler boy is sitting on his knees on a bed while a naked adult female is fellating him. At the same time another child can be seen moving around on the bed behind the toddler boy. The toddler's penis is so small that it falls out of the adult female's mouth several times and she has to reinsert the penis into her mouth.<br><br>**Recipient:** anonanus1_suf<br><br>**Sender IP Address:** 174.203.252.112 [Registered to 757-876-6231, MAY's Phone]<br><br>**Investigators Notes:** In total, this video was distributed on five (5) separate occasions to five (5) different Kik users. Four (4) distributions occurred from IP Address 162.234.188.43 [Registered to 338 Lake Frances Dr., MAY's Residence]; and one (1) distribution occurred from IP Address 174.203.252.112 [Registered to 757-876-6231, MAY's Phone Number]. |

## Distributions of Child Pornography
Summary Chart

| Count | Distribution on/about | Content Recovered from "joebidennnn69" |
|---|---|---|
| 9 | April 3, 2024 13:47 (EDT) | **Video Length:** 1:15<br><br>**Last 4 Digits:** d8e0<br><br>**Description:** An adult male is standing up with his pants and underwear pulled down to his mid thighs and his flaccid penis exposed. A toddler female wearing a cartoon t-shirt walks up to him grabs his penis with both hands and begins to fellate him. The toddler female's hands are so small she must use both hands to hold the adult male's flaccid penis. The adult male can be heard groaning with pleasure and saying, "ah shit" and directs the toddler female to "go deep, go deep" as she pulls his penis further into her mouth. The adult male then directs the toddler female to "look up and tell me you are a little slut". The toddler female then looks up at the adult male and says, "I'm a little slut". The adult male can be heard groaning with pleasure and directs the toddler female to "use your tongue"; "oh my God, you're such a good girl" and "open your mouth wide and let me fuck you in the face". At this point the adult male's penis if fully erect and barley fits in the toddler female's mouth; the tip of the penis is the only part of his penis that fits in her mouth. The adult male directs the toddler female to look at the camera and further directs her to "lick it up and down" at which times the toddler female uses her tongue to lick the tip of the adult male's erect penis. The adult male then directs the toddler female, to "suck it" at which time she begins to fellate the tip of the adult male's erect penis, and he groans with pleasure. There is a washer and dryer in the background and other small children can be heard in the background of the video talking and playing.<br><br>**Recipient:** randomcouplehere_xii<br><br>**Sender IP Address:** 162.234.188.43 [Registered to 338 Lake Frances Dr., MAY's Residence]<br><br>**Investigators Notes:** In total, this video was distributed on two (2) separate occasions to two (2) different Kik users from IP Addresses 162.234.188.43 [Registered to 338 Lake Frances Dr., MAY's Residence]. |

## Distributions of Child Pornography
Summary Chart

| Count | Distribution on/about | Content Recovered from "joebidennnn69" |
|---|---|---|
| 10 | April 4, 2024 00:24 (EDT) | **Video Length:** 0:32<br><br>**Last 4 Digits:** eaab<br><br>**Description:** A naked toddler female is seen standing in front of an adult male while fellating his erect penis. The adult male can be heard asking, "do you like that" while toddler female looks up at the camera and shakes her head 'yes' then continues to fellate his erect penis. The video clip skips to the adult male masturbating while ejaculating on the toddler female's mouth while he groans with pleasure. The toddler female has her eyes closed as to try not to get any semen in her eyes. The adult male directs the toddler female to look at him by saying, "let me see" and he adjust her chin with his hand that he is holding his penis with and tilts her head up towards the camera. The toddler female looks at the camera and opens her mouth as the adult male continues to masturbate. A toilet and bathroom vanity can be seen in the background.<br><br>**Recipient:** pcjames99_fqy<br><br>**Sender IP Address:** 162.234.188.43 [Registered to 338 Lake Frances Dr., MAY's Residence]<br><br>**Investigators Notes:** In total, this video was distributed on two (2) separate occasions to two (2) different Kik users from IP Addresses 162.234.188.43 [Registered to 338 Lake Frances Dr., MAY's Residence]. |