

# International Distributions by the "joebidennnn69" Kik Account

- 1 Video Sent to 1 Kik User* — Canada
- **27 Videos Sent to budburns* (Count 2)**
- 12 Videos Sent to 1 Kik User*
- 10 Videos Sent to 1 Kik User*
- 3 Videos Sent to 2 Kik Users* — Australia

*User had at least one reported NCMEC CyberTip