## Distributions from "joebidennnn69" by IP Address
Summary Chart

| IP Address Used | Timeframe IP Used | Media Sent to Kik Groups | Media Sent to Individual Kik Users | Total Media Sent |
|---|---|---|---|---|
| 162.234.188.43<br>338 Lake Frances Dr., May's Residence | March 31, 2024 through April 4, 2024 | 20 | 412 | 432 |
| 174.203.252.112<br>757-876-6231, May's Cell Phone | April 1, 2024 | 0 | 2 | 2 |
| 174.203.252.147<br>757-876-6231, May's Cell Phone | April 2, 2024 | 0 | 2 | 2 |
| 174.216.7.166<br>757-876-6231, May's Cell Phone | April 3, 2024 | 0 | 5 | 5 |
| 174.216.16.98<br>757-876-6231, May's Cell Phone | April 3, 2024 | 0 | 10 | 10 |
| 15.204.240.241<br>VPN | April 3, 2024 through April 4, 2024 | 1 | 27 | 28 |
| **Total Distributions:** | | 21 | 458 | **479** |

Number of Kik Users that received media from joebidennnn69: 46

Number of Kik Group Chats that received media from joebidennnn69: 7