| | Facebook | AirBnb | Google | Google | Facebook | PayPal | PayPal | Kik | Telegram | Mega | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **User ID:** | 12616643 | 59821386 | 435151577594 | 34347367503 | 100082025200707 | 6036171020294016345 | 5442936053966989343 | Joebidennnn69_rfg | #7041107034 | AienTLKGdHY | **User ID:** |
| **Username:** | RJ May III | Robert May | Ivory Tusk Consulting | Eric Rentling | Eric Rentling | Robert May | Eric Rentling | Joebidennnn69 | Joe Biden | Joe Hoe | **Username:** |
| **Email:** | robertjohnmayiii@gmail.com | robertjohnmayiii@gmail.com | ivorytuskconsulting@gmail.com | ericrentling@gmail.com | ericrentling@gmail.com | ericrentling@gmail.com | ericrentling@gmail.com | joehoe12368@gmail.com | - | ericrentling@gmail.com | **Email:** |
| **Phone Number:** | 757-876-6231 | 757-876-6231 | 757-876-6231 | - | - | 757-876-6231 | 757-876-6231 | - | 757-876-6231 | - | **Phone Number:** |
| **IP Address(es)** | 2600:1700:4d90:a70:a9fe:ba19:1ff6:2546<br>2600:1700:4d90:a70:2447:edf5:789f:74b1<br>2600:1700:4d90:a70:5539:4b28:a5eb:54cf<br>2600:1700:4d90:a70:c023:be2d:bd4a:b303 | 162.234.188.43 | 162.234.188.43<br>2600:1700:4d90:a70:a820:2ae6:771d:58a6 | 162.234.188.43 | 162.234.188.43<br>2600:1700:4d90:a70:a9fe:ba19:1ff6:2546<br>2600:1700:4d90:a70:2447:edf5:789f:74b1<br>2600:1700:4d90:a70:5539:4b28:a5eb:54cf<br>2600:1700:4d90:a70:c023:be2d:bd4a:b303 | 162.234.188.43 | 162.234.188.43 | 162.234.188.43<br>15.204.240.241<br>174.203.252.112<br>174.203.252.147<br>174.210.54.59<br>174.216.7.141<br>174.216.7.166<br>174.216.16.98 | 162.234.188.43 | 162.234.188.43<br>15.204.240.241 | **IP Address(es)** |
| **Registration Date:** | 7/8/2005 | 2/22/2016 | 11/27/2017 | 5/5/2021 | 6/6/2022 | 6/30/2022 | 7/6/2022 | 3/30/2024 | 4/2/2024 | 4/3/2024 | **Registration Date:** |
| **Device Information:** | - | - | Android SM-G781U1  IMEI: 351675643599503 | Android SM-G781U1 IMEI: 351675643599503 | - | - | - | Android SM-G781U1 | - | Android | **Device Information:** |
| **Identified on MAY's Phone** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | **Identified on MAY's Phone** |

| Provider | IP Address | Registered To |
|---|---|---|
| AT&T | 162.234.188.43 | Registered to 338 Lake Frances Dr. |
| AT&T | 2600:1700:4d90:a70:a9fe:ba19:1ff6:2546 | Registered to 338 Lake Frances Dr. |
| AT&T | 2600:1700:4d90:a70:2447:edf5:789f:74b1 | Registered to 338 Lake Frances Dr. |
| AT&T | 2600:1700:4d90:a70:5539:4b28:a5eb:54cf | Registered to 338 Lake Frances Dr. |
| AT&T | 2600:1700:4d90:a70:c023:be2d:bd4a:b303 | Registered to 338 Lake Frances Dr. |
| AT&T | 2600:1700:4d90:a70:a820:2ae6:771d:58a6 | Registered to 338 Lake Frances Dr. |
| Verizon | 174.203.252.112 | Registered to 757-876-6231 |
| Verizon | 174.203.252.147 | Registered to 757-876-6231 |
| Verizon | 174.210.54.59 | Registered to 757-876-6231 |
| Verizon | 174.216.7.141 | Registered to 757-876-6231 |
| Verizon | 174.216.7.166 | Registered to 757-876-6231 |
| Verizon | 174.216.16.98 | Registered to 757-876-6231 |
| VPN | 15.204.240.241 | VPN |