# Kik Activity Identified on May's Phone

| Date/Time EDT | Sender | Source | Recipient | Message/Content |
|---|---|---|---|---|
| - | - | MAY's Android SM-G781U1 | - | User Dictionary: "joebidennnn" |
| - | - | MAY's Android SM-G781U1 | - | User Dictionary: "joehoe12368@gmail.com" |
| 12/19/2023 22:03:27 | - | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik Application Downloaded |
| 12/20/2023 19:40:13 | - | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Updated |
| 2/8/2024 01:50:21 | - | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Updated |
| 3/6/2024 02:58:33 | - | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Updated |
| 3/24/2024 02:37:55 | - | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Updated |
| 3/29/2024 21:42:44 | Kik | Kik | joebidennnn69 | Kik Account Activated |
| 3/31/2024 08:47:13 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 09:24:39 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 09:36:15 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 09:36:17 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 09:37:05 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 09:39:37 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 09:42:36 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 09:47:50 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 09:47:50 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 09:52:09 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 09:52:09 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:41:08 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:41:08 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:41:21 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:41:31 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:41:46 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:41:46 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:41:47 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:41:57 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:42:13 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:42:13 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:42:13 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:42:18 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:42:53 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:42:53 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:43:06 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:43:09 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:43:19 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:43:30 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:43:54 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:45:02 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:45:11 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:46:59 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:49:52 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:51:14 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 3/31/2024 10:55:53 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |

## Kik Activity Identified on May's Phone

| Date/Time EDT | Sender | Source | Recipient | Message/Content |
|---|---|---|---|---|
| 4/1/2024 05:27:25 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 05:40:03 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 05:40:27 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 06:00:06 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 06:51:25 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 07:05:01 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 07:05:31 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 09:14:40 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 09:18:22 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 09:20:33 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 09:29:02 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 09:50:46 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 09:57:18 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 09:57:55 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 09:58:36 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:02:30 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:19:42 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:34:01 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:34:15 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:34:18 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:34:19 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:34:20 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:34:21 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:35:59 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:37:17 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:38:36 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:38:42 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:38:43 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:38:51 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:38:52 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:38:52 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:38:53 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:39:06 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:39:07 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 10:55:22 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:00:02 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:02:14 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:02:20 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:03:08 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:04:47 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:07:18 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:07:28 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:08:05 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:09:02 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:09:12 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |

# Kik Activity Identified on May's Phone

| Date/Time EDT | Sender | Source | Recipient | Message/Content |
|---|---|---|---|---|
| 4/1/2024 11:09:14 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:09:31 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:10:48 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:12:39 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:13:37 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:15:55 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:17:49 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:20:55 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:27:41 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:34:24 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:34:47 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:34:54 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:36:54 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:39:49 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:42:02 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:43:36 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:53:42 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:53:56 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:54:35 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 11:55:35 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:02:20 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:03:59 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:08:11 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:08:51 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:18:42 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:31:00 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:32:04 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:32:31 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:34:37 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:34:40 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:34:51 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:34:52 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:36:45 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:39:53 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:42:20 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:45:51 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:48:36 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:51:12 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:54:42 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 12:57:48 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 13:00:49 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 13:03:38 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 13:06:21 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 13:09:42 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 13:12:51 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |

## Kik Activity Identified on May's Phone

| Date/Time EDT | Sender | Source | Recipient | Message/Content |
|---|---|---|---|---|
| 4/1/2024 13:14:11 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 13:22:42 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 13:22:50 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 13:25:00 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 13:27:45 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 13:30:56 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 13:34:00 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 13:36:51 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 13:39:38 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 13:42:54 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 13:44:16 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 13:48:44 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 13:51:58 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 13:54:59 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 13:57:40 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:00:30 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:03:51 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:07:01 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:09:03 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:10:45 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:11:38 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:12:54 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:12:58 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:13:09 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:13:24 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:13:25 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:13:28 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:13:34 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:13:41 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:13:43 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:13:58 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:14:00 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:14:17 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:14:24 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:14:28 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:14:31 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:15:13 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:15:16 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:15:42 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:16:01 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:16:02 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:17:31 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:19:37 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:23:36 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:26:12 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |

## Kik Activity Identified on May's Phone

| Date/Time EDT | Sender | Source | Recipient | Message/Content |
|---|---|---|---|---|
| 4/1/2024 14:29:28 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:32:13 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:35:07 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:38:27 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:40:06 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:42:17 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:46:48 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:50:26 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:53:36 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 14:55:58 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:03:57 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:04:05 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:05:33 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:06:40 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:10:44 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:13:56 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:17:18 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:19:02 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:23:36 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:26:15 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:32:25 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:32:28 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:33:56 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:38:08 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:41:03 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:43:33 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:47:34 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:48:37 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:53:38 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:56:21 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 15:59:11 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 16:02:27 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 16:05:10 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 16:07:59 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 16:11:05 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 16:14:18 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 16:16:55 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 16:20:26 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 16:23:23 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 16:26:32 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 16:29:25 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 16:32:34 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 16:35:36 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 16:38:25 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 16:41:33 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |

## Kik Activity Identified on May's Phone

| Date/Time EDT | Sender | Source | Recipient | Message/Content |
| --- | --- | --- | --- | --- |
| 4/1/2024 16:44:26 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 16:47:38 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 16:50:36 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 16:53:22 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 16:56:32 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 16:59:23 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:01:54 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:05:30 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:07:45 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:11:31 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:14:25 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:17:09 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:20:31 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:23:06 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:25:59 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:29:37 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:32:31 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:35:26 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:38:37 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:41:30 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:44:28 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:47:31 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:50:25 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:53:24 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:56:37 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 17:59:26 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 18:02:30 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 18:05:37 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 18:08:17 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/1/2024 18:11:23 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:38:38 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:38:51 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:39:33 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:39:40 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:42:55 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:42:56 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:42:57 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:43:33 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:43:38 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:43:45 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:44:23 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:44:27 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:46:05 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:46:05 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:46:06 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |

## Kik Activity Identified on May's Phone

| Date/Time EDT | Sender | Source | Recipient | Message/Content |
|---|---|---|---|---|
| 4/2/2024 20:46:07 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:46:07 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:46:08 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:47:18 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:49:04 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:49:05 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:49:45 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:51:10 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:51:52 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 20:56:19 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:13:12 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:13:24 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:13:57 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:14:13 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:14:27 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:14:39 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:14:50 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:14:51 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:15:04 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:15:06 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:15:15 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:15:32 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:15:46 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:15:59 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:16:12 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:16:29 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:16:50 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:17:31 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:33:19 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:36:56 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:37:03 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:38:59 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:40:54 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:42:01 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:43:03 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:43:34 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:43:51 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:44:10 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:45:33 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:49:47 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:50:00 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:50:48 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:51:44 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:51:45 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 21:54:24 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |

## Kik Activity Identified on May's Phone

| Date/Time EDT | Sender | Source | Recipient | Message/Content |
|---|---|---|---|---|
| 4/2/2024 22:00:33 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:07:32 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:11:11 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:12:05 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:12:20 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:13:18 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:13:31 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:14:28 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:15:33 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:15:36 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:15:53 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:15:56 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:16:39 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:17:12 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:17:30 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:17:43 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:17:44 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:18:53 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:21:28 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:24:45 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:27:52 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:30:25 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:33:26 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:39:16 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:41:11 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:42:42 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:45:51 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:47:42 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:51:37 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:53:15 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:57:44 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/2/2024 22:59:17 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 03:36:46 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 03:38:14 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 03:38:32 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 03:41:22 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 03:41:50 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 03:44:19 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 04:00:19 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 04:18:49 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 06:03:18 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 06:15:49 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 06:18:41 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 06:19:35 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 06:20:06 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |

## Kik Activity Identified on May's Phone

| Date/Time EDT | Sender | Source | Recipient | Message/Content |
|---|---|---|---|---|
| 4/3/2024 06:45:30 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 06:46:52 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 06:47:09 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 06:48:19 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 07:05:16 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 07:08:47 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 07:47:29 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 07:48:17 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 08:09:16 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 08:10:37 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 08:10:46 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 08:12:20 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 08:12:21 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 08:12:23 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 08:14:49 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 08:15:28 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 08:47:52 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 08:52:06 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 08:53:01 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 08:54:15 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 08:55:16 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 08:56:10 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 08:59:54 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 09:03:14 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 09:09:22 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 09:09:27 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:18:06 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:19:21 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:19:35 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:19:41 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:19:45 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:20:12 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:20:19 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:20:51 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:21:21 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:21:24 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:28:50 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:29:22 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:29:33 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:29:34 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:29:39 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:29:45 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:29:50 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:29:56 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:30:08 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |

## Kik Activity Identified on May's Phone

| Date/Time EDT | Sender | Source | Recipient | Message/Content |
|---|---|---|---|---|
| 4/3/2024 22:30:48 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:31:04 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:31:15 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:32:21 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:33:41 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:34:48 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:35:14 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:35:18 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:35:18 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:35:19 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:36:25 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:38:29 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:38:44 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:39:06 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:39:08 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:39:09 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:39:16 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:39:22 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:39:30 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:39:30 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:40:22 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:40:44 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:40:47 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:41:19 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:45:44 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:46:10 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:51:31 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:54:17 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 22:57:14 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 23:00:35 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 23:01:45 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 23:05:59 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 23:09:11 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 23:11:38 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 23:15:33 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 23:18:43 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 23:21:12 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 23:23:45 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 23:27:39 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 23:30:12 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 23:33:10 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 23:36:01 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 23:39:31 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 23:42:27 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 23:50:29 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |

## Kik Activity Identified on May's Phone

| Date/Time EDT | Sender | Source | Recipient | Message/Content |
|---|---|---|---|---|
| 4/3/2024 23:53:52 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/3/2024 23:54:12 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 00:04:44 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:48:13 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:48:14 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:48:23 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:49:19 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:49:53 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:50:33 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:50:44 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:51:11 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:51:33 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:51:54 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:52:39 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:53:02 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:53:14 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:53:36 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:54:44 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:54:45 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:54:45 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:54:45 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:55:10 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:55:12 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:56:25 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:57:31 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:57:31 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 11:59:21 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 12:01:14 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 12:03:32 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification |
| 4/4/2024 12:10:00 | - | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik Application Deleted |
| 4/5/2024 12:04:22 | Kik | Kik | joebidennnn69 | Account Deactivated by Kik |