# Attribution Excerpts Summary Chart

| Attribution: "hebe" on joebidennnn69 and May's laptop | | | | | |
|---|---|---|---|---|---|
| Date/Time EDT | Sender | Source | Recipient | Message/Content | IP Address |
| 3/31/2024 10:49:23 | dylandandan_pff | Kik Chat | joebidennnn69_rfg | For good hebes or cheese pizza | - |
| 4/3/2024 03:38:31 | avarisia_jyd | Kik Chat | joebidennnn69_rfg | Hebes and ephe for me | - |
| 4/3/2024 10:18:25 | joebidennnn69_rfg | Kik Chat | h3ll0h3b3_wda | Hey. Got stuff to trade? | 162.234.188.43 |
| 4/3/2024 10:18:30 | h3ll0h3b3_wda | Kik Chat | joebidennnn69_rfg | Yeah | - |
| 4/3/2024 10:18:35 | h3ll0h3b3_wda | Kik Chat | joebidennnn69_rfg | What u into | - |
| 4/3/2024 10:20:03 | joebidennnn69_rfg | Kik Chat | h3ll0h3b3_wda | Bad moms. Bad dads. Bad pre teens. | 162.234.188.43 |
| 4/3/2024 10:20:04 | joebidennnn69_rfg | Kik Chat | h3ll0h3b3_wda | U? | 162.234.188.43 |
| 4/3/2024 10:20:27 | joebidennnn69_rfg | Kik Chat | h3ll0h3b3_wda | and vids with sound in English. | 162.234.188.43 |
| 4/3/2024 10:23:53 | h3ll0h3b3_wda | Kik Chat | joebidennnn69_rfg | All of the above | - |
| 4/3/2024 10:25:33 | h3ll0h3b3_wda | Kik Gallery | joebidennnn69_rfg | d9fed834-526b-40e9-a853-0a4e96b061bf | - |
| 4/3/2024 10:28:51 | joebidennnn69_rfg | Kik Gallery | h3ll0h3b3_wda | 46109c94-0adf-418c-972c-6dd92924f3b4 | 162.234.188.43 |
| 4/3/2024 10:36:44 | joebidennnn69_rfg | Kik Chat | h3ll0h3b3_wda | ? | 162.234.188.43 |
| 4/3/2024 10:39:56 | h3ll0h3b3_wda | Kik Chat | joebidennnn69_rfg | A little toomuchfor me | - |
| 4/3/2024 10:40:05 | joebidennnn69_rfg | Kik Chat | h3ll0h3b3_wda | I got other | 162.234.188.43 |
| 4/4/2024 12:01:08 | h3ll0h3b31_14b | Kik Chat | joebidennnn69_rfg | Noo | - |
| 4/4/2024 12:01:14 | h3ll0h3b31_14b | Kik Chat | joebidennnn69_rfg | Hebe | - |
| 4/4/2024 12:03:16 | joebidennnn69_rfg | Kik Chat | h3ll0h3b31_14b | Trade? | 162.234.188.43 |
| 4/4/2024 12:03:40 | - | May's Lenovo Laptop | - | Google Search: hebe meaning | - |
| 4/4/2024 12:03:57 | - | May's Lenovo Laptop | - | Google Search: hebephile meaning | - |
| 4/4/2024 12:04:09 | - | May's Lenovo Laptop | - | Web History: Hebephilia - Wikipedia | - |

## Attribution Excerpts Summary Chart

| Attribution: | Mega on joebidennnn69 and May's phone | | | | |
|---|---|---|---|---|---|
| Date/Time EDT | Sender | Source | Recipient | Message/Content | IP Address |
| 3/31/2024 18:01:59 | letscumsluts68_hoi | Kik Chat | joebidennnn69_rfg | I got a mega with 20 vids. Down to trade for that? | - |
| 3/31/2024 18:05:23 | letscumsluts68_hoi | Kik Chat | joebidennnn69_rfg | Here's proof I got it. Drop some more vids first please. Unless you got a mega to share too? | - |
| 4/1/2024 12:55:08 | hdudjsjdjs62682826_ivd | Kik Chat | joebidennnn69_rfg | You got megas? | - |
| 4/1/2024 16:01:23 | joebidennnn69_rfg | Kik Group Chat | 1100263636600_g New | Mega and dB trade. PM me | 162.234.188.43 |
| 4/1/2024 16:02:08 | joebidennnn69_rfg | Kik Group Chat | 1100263643190_g VIDS post on joining | Mega and dB link trade? | 162.234.188.43 |
| 4/1/2024 16:25:32 | joebidennnn69_rfg | Kik Chat | ufudnene648_a1e | Got mega, dB, and vids | 162.234.188.43 |
| 4/1/2024 16:26:57 | joebidennnn69_rfg | Kik Group Chat | 1100263636600_g New | Swap mega or db? | 162.234.188.43 |
| 4/1/2024 19:50:01 | joebidennnn69_rfg | Kik Group Chat | 1100263636600_g New | Any mega links? | 162.234.188.43 |
| 4/2/2024 00:54:19 | joebidennnn69_rfg | Kik Group Chat | 1100263636600_g New | Trading mega and dbs | 162.234.188.43 |
| 4/2/2024 07:49:22 | joebidennnn69_rfg | Kik Chat | thecollector369_lz1 | Megas? | 162.234.188.43 |
| 4/2/2024 09:08:11 | joebidennnn69_rfg | Kik Chat | thecollector369_lz1 | Megas, dbs, and vids | 162.234.188.43 |
| 4/2/2024 09:42:31 | thecollector369_lz1 | Kik Chat | joebidennnn69_rfg | https://mega.nz/folder/w6VwlBSK#XJwR-qSeV7DBZneOCechIQ | - |
| 4/2/2024 22:06:51 | joebidennnn69_rfg | Kik Group Chat | 1100263648785_g Post on join | Pm for cheese trade, mega, db | 162.234.188.43 |
| 4/2/2024 22:12:20 | bdjzhabebdbdu7_qrq | Kik Chat | joebidennnn69_rfg | Send a mega | - |
| 4/3/2024 15:53:23 | joebidennnn69_rfg | Kik Chat | fcnhdcngsd_msx | I got mega. Trade? | 174.216.16.98 |
| 4/3/2024 17:49:13 | - | May's Android SM-G781U1 | - | DOWNLOAD: mega.privacy.android.app | - |
| 4/3/2024 17:50:35 | MEGA | May's Android SM-G781U1 | ericrentling@gmail.com | MEGA Activation Email | - |
| 4/3/2024 17:51:06 | MEGA | May's Android SM-G781U1 | ericrentling@gmail.com | MEGA Mobile App Instillation Email | - |
| 4/3/2024 17:51:06 | MEGA | May's Android SM-G781U1 | ericrentling@gmail.com | "thanks for joining MEGA" Email | - |
| 4/4/2024 12:10:28 | - | May's Android SM-G781U1 | - | DELETE: mega.privacy.android.app | - |

## Attribution Excerpts Summary Chart

| Attribution: Telegram on joebidennnn69, May's laptop, and May's phone ||||||
|---|---|---|---|---|---|
| Date/Time EDT | Sender | Source | Recipient | Message/Content | IP Address |
| 4/1/2024 16:24:06 | ufudnene648_a1e | Kik Chat | joebidennnn69_rfg | Telegram group | - |
| 4/1/2024 16:27:03 | ufudnene648_a1e | Kik Chat | joebidennnn69_rfg | **You need to get telegram**, we got lots of vids in the group. Missin out I want to see these bad mommies | - |
| 4/1/2024 16:57:35 | joebidennnn69_rfg | Kik Chat | ufudnene648_a1e | Guess I need telegram | 162.234.188.43 |
| 4/1/2024 16:57:47 | joebidennnn69_rfg | Kik Chat | ufudnene648_a1e | Anything special I need to know about Telegram? | 162.234.188.43 |
| 4/1/2024 17:01:53 | ufudnene648_a1e | Kik Chat | joebidennnn69_rfg | Also telegram is super secure and encrypted. | - |
| 4/2/2024 00:22:46 | - | May's Lenovo Laptop | - | Google Search: telegram | |
| 4/2/2024 01:07:42 | - | May's Android SM-G781U1 | - | DOWNLOAD: org.telegram.messenger | - |
| 4/2/2024 01:12:54 | Telegram | May's Android SM-G781U1 | ericrentling@gmail.com | Your Code - 295479 | - |
| 4/3/2024 03:03:47 | Telegram | May's Android SM-G781U1 | MAY's Android SM-G781U1 | Telegram code: 87778<br><br>You can also tap on this link to log in: https://t.me/login/87778<br><br>oLeq9AcOZkT | - |
| 4/4/2024 12:10:23 | - | May's Android SM-G781U1 | - | DELETE: org.telegram.messenger | - |

# Attribution Excerpts Summary Chart

| Attribution: Session on joebidennnn69 and May's phone | | | | | |
|---|---|---|---|---|---|
| Date/Time EDT | Sender | Source | Recipient | Message/Content | IP Address |
| 4/3/2024 17:28:15 | visionhhhh_8t5 | Kik Chat | joebidennnn69_rfg | I have more on Session but I won't be able to get on until later, is that cool? | - |
| 4/3/2024 17:28:32 | joebidennnn69_rfg | Kik Chat | visionhhhh_8t5 | Whats session? | 162.234.188.43 |
| 4/3/2024 19:14:19 | - | May's Android SM-G781U1 | - | DOWNLOAD: network.loki.messenger<br><br>Sessions Private Messenger | - |
| 4/3/2024 20:09:39 | visionhhhh_8t5 | Kik Chat | joebidennnn69_rfg | Send your session ID and I'll message you in a bit | - |
| 4/3/2024 21:52:30 | joebidennnn69_rfg | Kik Chat | visionhhhh_8t5 | Start session? | 15.204.240.241 |
| 4/3/2024 21:54:05 | visionhhhh_8t5 | Kik Chat | joebidennnn69_rfg | Click your icon in the top left and copy your session ID and send it to me | - |
| 4/3/2024 21:54:32 | visionhhhh_8t5 | Kik Chat | joebidennnn69_rfg | Or press start session and paste that in | - |
| 4/4/2024 12:10:16 | - | May's Android SM-G781U1 | - | DELETE: network.loki.messenger<br><br>Sessions Private Messenger | - |

# Attribution Excerpts Summary Chart

| Attribution: "slimlikins" / "slimlikens" on joebidennnn69 and May's laptop ||||||
|---|---|---|---|---|---|
| Date/Time EDT | Sender | Source | Recipient | Message/Content | IP Address |
| 3/31/2024 00:25:45 | joebidennnn69_rfg | Kik Chat | slimlickins_6m4 | What ya got to trade? | 162.234.188.43 |
| 3/31/2024 00:27:54 | slimlickins_6m4 | Kik Chat | joebidennnn69_rfg | Little bit of everything. What you into? | - |
| 3/31/2024 00:29:22 | joebidennnn69_rfg | Kik Chat | slimlickins_6m4 | Small | 162.234.188.43 |
| 3/31/2024 00:29:35 | slimlickins_6m4 | Kik Chat | joebidennnn69_rfg | Ok. Send to receive | - |
| 3/31/2024 00:34:36 | joebidennnn69_rfg | Kik Gallery | slimlickins_6m4 | 7b8f6782-cbe6-4e81-9c06-c7443aed8083 | 162.234.188.43 |
| 3/31/2024 00:50:04 | slimlickins_6m4 | Kik Chat | joebidennnn69_rfg | Any more? | - |
| 3/31/2024 00:50:10 | joebidennnn69_rfg | Kik Chat | slimlickins_6m4 | Yeah. Lots. | 162.234.188.43 |
| 3/31/2024 00:50:24 | joebidennnn69_rfg | Kik Chat | slimlickins_6m4 | But they are in a different category | 162.234.188.43 |
| 3/31/2024 00:50:38 | slimlickins_6m4 | Kik Chat | joebidennnn69_rfg | As in? | - |
| 3/31/2024 00:51:00 | joebidennnn69_rfg | Kik Chat | slimlickins_6m4 | Small | 162.234.188.43 |
| 3/31/2024 00:51:15 | slimlickins_6m4 | Kik Chat | joebidennnn69_rfg | Smaller than the ones you've sent? | - |
| 3/31/2024 00:51:45 | joebidennnn69_rfg | Kik Chat | slimlickins_6m4 | Probs | 162.234.188.43 |
| 3/31/2024 00:52:04 | slimlickins_6m4 | Kik Chat | joebidennnn69_rfg | No teens? | - |
| 3/31/2024 01:53:32 | - | May's Lenovo Laptop | - | Site Name: /b/ - Let's start the fun! Kik slimlickens - Random - 4chan https://boards.4chan.org/b/thread/916157030 | - |
| 3/31/2024 01:53:43 | - | May's Lenovo Laptop | - | Site Name: /b/ - Let's start the fun! Kik slimlickens - Random - 4chan https://boards.4chan.org/b/thread/916157030#bottom | - |
| 3/31/2024 02:20:34 | 12616643 ROBERT MAY | Facebook | - | You visited on Facebook `Nicholas Psaltos` | - |

# Attribution Excerpts Summary Chart

| Attribution: 4Chan Kik Threads on joebidennnn69 and May's laptop | | | | | |
|---|---|---|---|---|---|
| Date/Time EDT | Sender | Source | Recipient | Message/Content | IP Address |
| 3/30/2024 22:30:40 | - | May's Lenovo Laptop | - | Site Name: /b/ - No dirty Kik thread? - Random - 4chan<br>https://boards.4chan.org/b/thread/916125939 | - |
| 3/30/2024 22:31:53 | joebidennnn69_rfg | Kik Group Chat | 1100263633073_g<br>No rules, post on entry | Dead? | 162.234.188.43 |
| 3/30/2024 22:31:58 | joebidennnn69_rfg | Kik Group Chat | 1100263203128_g<br>Open slut share and tributes | Dead? | 162.234.188.43 |
| 3/30/2024 22:32:30 | joebidennnn69_rfg | Kik Chat | noname098xx_c2e | Hey | 162.234.188.43 |
| 3/30/2024 22:33:32 | joebidennnn69_rfg | Kik Group Chat | 1100263631147_g<br>Easter Sharing | Dm to trade | 162.234.188.43 |
| 3/30/2024 22:37:51 | joebidennnn69_rfg | Kik Group Chat | 1100263633073_g No rules, post on entry | Dm to trade | 162.234.188.43 |
| 3/31/2024 23:44:02 | - | May's Lenovo Laptop | - | Site Name: /b/ - Kik thread - Random - 4chan<br>https://boards.4chan.org/b/thread/916187057 | - |
| 3/31/2024 23:44:08 | - | May's Lenovo Laptop | - | Site Name: /b/ - Kik - Random - 4chan<br>https://boards.4chan.org/b/thread/916164623 | - |
| 3/31/2024 23:44:32 | - | May's Lenovo Laptop | - | Site Name: /b/ - Kik - Random - 4chan<br>https://boards.4chan.org/b/thread/916164623#bottom | - |
| 3/31/2024 23:45:07 | joebidennnn69_rfg | Kik Chat | beledeju_tah | What ya got to trade? | 162.234.188.43 |
| 3/31/2024 23:45:47 | - | May's Lenovo Laptop | - | Site Name: /b/ - Kik thread - Random - 4chan<br>https://boards.4chan.org/b/thread/916187057#bottom | - |
| 3/31/2024 23:46:18 | joebidennnn69_rfg | Kik Chat | gtennysonluvr_9wu | What ya got? | 162.234.188.43 |
| 3/31/2024 23:47:12 | joebidennnn69_rfg | Kik Chat | bb_cumm2222_hnn | Yo. Trade? | 162.234.188.43 |
| 3/31/2024 23:50:49 | gtennysonluvr_9wu | Kik Chat | joebidennnn69_rfg | lolis and feet | - |
| 3/31/2024 23:57:22 | joebidennnn69_rfg | Kik Chat | gtennysonluvr_9wu | Cartoons? | 162.234.188.43 |
| 3/31/2024 23:58:04 | joebidennnn69_rfg | Kik Group Chat | 1100263636600_g New | Anybody want to have some 🏠? | 162.234.188.43 |
| 4/1/2024 00:01:05 | joebidennnn69_rfg | Kik Chat | hdjsbdhbdzady_ehs | Trading? | 162.234.188.43 |

# Attribution Excerpts Summary Chart

| Attribution: 4Chan Kik Threads on joebidennnn69 and May's laptop | | | | | |
|---|---|---|---|---|---|
| Date/Time EDT | Sender | Source | Recipient | Message/Content | IP Address |
| 4/1/2024 12:24:14 | - | May's Lenovo Laptop | - | Site Name: /b/ - RacePlay - Colonize Thread - Bleach - Random - 4chan<br>https://boards.4chan.org/b/thread/916230503 | - |
| 4/1/2024 12:24:18 | - | May's Lenovo Laptop | - | Site Name: /b/ - 3D 3DCG LOLI EASTER EDITION - Random - 4chan<br>https://boards.4chan.org/b/thread/916230124 | - |
| 4/1/2024 12:30:35 | - | May's Lenovo Laptop | - | Site Name: /b/ - Want to expose your wife, gf, ex,… Contact me kik - Random - 4chan<br>https://boards.4chan.org/b/thread/916232104 | - |
| 4/1/2024 12:32:31 | memes0101_qxj | Kik Chat | - | Share of the group. That's what the admins are saying its there for | - |
| 4/1/2024 12:35:43 | joebidennnn69_rfg | Kik Group Chat | 1100263643190_g VIDS post on joining | Rules? | 162.234.188.43 |
| 4/1/2024 12:35:57 | joebidennnn69_rfg | Kik Chat | memes0101_qxj | Which group? | 162.234.188.43 |
| 4/1/2024 13:25:04 | - | May's Lenovo Laptop | - | Site Name: /b/ - Thread kIk - Random - 4chan<br>https://boards.4chan.org/b/thread/916233373 | - |
| 4/1/2024 13:25:37 | 7578766231 RJ May III | Verizon | 8643607784 STEPHEN FRANK | Duration 00:00:00 | - |
| 4/1/2024 13:25:46 | joebidennnn69_rfg | Kik Chat | hdudjsjdjs62682826_ivd | Send me a link | 162.234.188.43 |
| 4/1/2024 13:28:03 | hdudjsjdjs62682826_ivd | Kik Chat | joebidennnn69_rfg | You first | - |
| 4/2/2024 18:38:22 | - | May's Lenovo Laptop | - | Site Name: /b/ - Alright where do you guys find your amateur porn t - Random - 4chan<br>https://boards.4chan.org/b/thread/916294768 | - |
| 4/2/2024 18:38:55 | - | May's Lenovo Laptop | - | Site Name: /b/ - Kik invites - Random - 4chan<br>https://boards.4chan.org/b/thread/916274705#bottom | - |
| 4/2/2024 18:40:25 | joebidennnn69_rfg | Kik Gallery | 1100263648785_g Post on join | 158c385c-2bdf-4ba6-9f66-1f8a8f2ad067 | 162.234.188.43 |
| 4/2/2024 18:43:48 | 100082025200707 ERIC RENTLING | Facebook | User 61557654643245 | You are now connected on Messenger | - |
| 4/2/2024 18:43:49 | 100082025200707 ERIC RENTLING | Facebook | User 100028733496396 | You are now connected on Messenger | - |
| 4/2/2024 18:44:05 | 100082025200707 ERIC RENTLING | Facebook | User 61555514097862 | Amor | - |
| 4/2/2024 18:52:30 | joebidennnn69_rfg | Kik Gallery | 1100263648785_g Post on join | 46109c94-0adf-418c-972c-6dd92924f3b4 | 162.234.188.43 |
| 4/2/2024 18:54:29 | 7578766231 RJ May III | Verizon | 6787673626 Mark Powell | Duration 00:00:00 | - |
| 4/2/2024 19:28:32 | 7578766231 RJ May III | Verizon | 6787673626 Mark Powell | Duration 00:20:40 | - |

# Attribution Excerpts Summary Chart

## Attribution: 4Chan Kik Threads on joebidennnn69 and May's laptop

| Date/Time EDT | Sender | Source | Recipient | Message/Content | IP Address |
|---|---|---|---|---|---|
| 4/2/2024 20:21:52 | - | May's Android SM-G781U1 | - | Screenshot_20240403_002152_Facebook.jpg | - |
| 4/3/2024 00:07:47 | - | May's Lenovo Laptop | - | Site Name: /b/ - Kik invites - Random - 4chan<br>https://boards.4chan.org/b/thread/916274705 | - |
| 4/3/2024 00:08:35 | joebidennnn69_rfg | Kik Group Chat | 1100263649284_g None just post | Yo | 162.234.188.43 |
| 4/3/2024 00:09:07 | joebidennnn69_rfg | Kik Chat | traderdude2244_mdq | What ya got to trade? | 162.234.188.43 |
| 4/3/2024 00:09:40 | joebidennnn69_rfg | Kik Gallery | 1100263649284_g None just post | 177f315f-4e1f-4fd6-9a9a-5cd628082c72 | 162.234.188.43 |
| 4/3/2024 00:10:10 | joebidennnn69_rfg | Kik Chat | built4disd_jfb | Who's your girl? | 162.234.188.43 |
| 4/3/2024 00:12:00 | joebidennnn69_rfg | Kik Chat | brosefyosev_pi1 | Yo | 162.234.188.43 |
| 4/3/2024 00:12:26 | built4disd_jfb | Kik Chat | joebidennnn69_rfg | Hey | - |
| 4/3/2024 00:12:29 | built4disd_jfb | Kik Chat | joebidennnn69_rfg | Asl? | - |
| 4/3/2024 00:13:25 | joebidennnn69_rfg | Kik Chat | built4disd_jfb | Dude. 52. Uk. Trade? | 162.234.188.43 |
| 4/3/2024 00:13:56 | joebidennnn69_rfg | Kik Chat | built4disd_jfb | Not my style. | 162.234.188.43 |
| 4/3/2024 00:14:04 | joebidennnn69_rfg | Kik Chat | built4disd_jfb | Sorry. | 162.234.188.43 |
| 4/3/2024 00:14:07 | built4disd_jfb | Kik Chat | joebidennnn69_rfg | So don't Have her? | - |
| 4/3/2024 00:14:46 | joebidennnn69_rfg | Kik Chat | built4disd_jfb | Wut? No I don't have her photos. I like small. Not thicc | 162.234.188.43 |
| 4/3/2024 00:15:15 | joebidennnn69_rfg | Kik Gallery | 1100263649284_g None just post | b784225a-9ee0-4814-a551-c987fa088e39 | 162.234.188.43 |
| 4/3/2024 00:16:04 | joebidennnn69_rfg | Kik Gallery | 1100263649284_g None just post | b601a9eb-b80b-4574-a764-50c5c0aa1237 | 162.234.188.43 |
| 4/3/2024 10:06:08 | - | May's Lenovo Laptop | - | Site Name: /b/ - Real kik thread - Random - 4chan<br>https://boards.4chan.org/b/thread/916303852 | - |
| 4/3/2024 10:06:13 | - | May's Lenovo Laptop | - | Site Name: /b/ - No dirty Kik thread? - Random - 4chan<br>https://boards.4chan.org/b/thread/916318485 | - |
| 4/3/2024 10:07:31 | - | May's Lenovo Laptop | - | Site Name: /b/ - Real kik thread - Random - 4chan<br>https://boards.4chan.org/b/thread/916303852#bottom | - |
| 4/3/2024 10:10:51 | joebidennnn69_rfg | Kik Gallery | 1100263636600_g New | 73325f12-42d6-460a-8c19-a4ae1faffb12 | 162.234.188.43 |
| 4/3/2024 10:18:25 | joebidennnn69_rfg | Kik Chat | h3ll0h3b3_wda | Hey. Got stuff to trade? | 162.234.188.43 |
| 4/3/2024 10:18:30 | h3ll0h3b3_wda | Kik Chat | joebidennnn69_rfg | Yeah | - |
| 4/3/2024 10:18:35 | h3ll0h3b3_wda | Kik Chat | joebidennnn69_rfg | What u into | - |
| 4/3/2024 10:20:03 | joebidennnn69_rfg | Kik Chat | h3ll0h3b3_wda | Bad moms. Bad dads. Bad pre teens. | 162.234.188.43 |
| 4/3/2024 10:20:04 | joebidennnn69_rfg | Kik Chat | h3ll0h3b3_wda | U? | 162.234.188.43 |
| 4/3/2024 10:20:27 | joebidennnn69_rfg | Kik Chat | h3ll0h3b3_wda | and vids with sound in English. | 162.234.188.43 |
| 4/3/2024 10:22:39 | joebidennnn69_rfg | Kik Chat | ncoffeebeans_c9h | Sup | 162.234.188.43 |
| 4/3/2024 10:22:54 | joebidennnn69_rfg | Kik Gallery | ncoffeebeans_c9h | 46109c94-0adf-418c-972c-6dd92924f3b4 | 162.234.188.43 |
| 4/3/2024 10:23:53 | h3ll0h3b3_wda | Kik Chat | joebidennnn69_rfg | All of the above | - |

# Attribution Excerpts Summary Chart

| Attribution: 4Chan Kik Threads on joebidennnn69 and May's laptop | | | | | |
|---|---|---|---|---|---|
| Date/Time EDT | Sender | Source | Recipient | Message/Content | IP Address |
| 4/3/2024 10:24:59 | ncoffeebeans_c9h | Kik Chat | joebidennnn69_rfg | Ynger better, got any of them being fucked/gaped? | - |
| 4/3/2024 10:25:33 | h3ll0h3b3_wda | Kik Gallery | joebidennnn69_rfg | d9fed834-526b-40e9-a853-0a4e96b061bf | - |
| 4/3/2024 10:28:23 | joebidennnn69_rfg | Kik Chat | ncoffeebeans_c9h | Yeah. S2R | 162.234.188.43 |
| 4/4/2024 11:28:52 | - | May's Lenovo Laptop | MAY's Lenovo Laptop | Site Name: /b/ - Don't be a fag  kik.me/g/jvS80B6ea0oCBAJ9rgFE6L3gsK - Random - 4chan  https://boards.4chan.org/b/thread/916372823 | - |
| 4/4/2024 11:35:35 | 12616643 ROBERT MAY | Facebook | - | Logout | 162.234.188.43 |
| 4/4/2024 11:35:43 | 100082025200707 ERIC RENTLING | Facebook | - | Login | 162.234.188.43 |
| 4/4/2024 11:36:38 | 100082025200707 ERIC RENTLING | Facebook | 61555514097862 | Buenos dias hermosa | - |
| 4/4/2024 11:38:54 | 100082025200707 ERIC RENTLING | Facebook | - | You searched Facebook `Lorelei Graye for SC House` | - |
| 4/4/2024 11:40:38 | 100082025200707 ERIC RENTLING | Facebook | - | You searched Facebook `dean widener for sc house` | - |
| 4/4/2024 11:42:02 | 100082025200707 ERIC RENTLING | Facebook | - | You searched Facebook `david martin for sc house` | - |
| 4/4/2024 11:45:38 | 100082025200707 ERIC RENTLING | Facebook | - | You searched Facebook `paul wickensimer for sc house` | - |
| 4/4/2024 11:48:12 | 100082025200707 ERIC RENTLING | Facebook | - | You searched Facebook `sarah curran fore sc house` | - |
| 4/4/2024 11:50:47 | joebidennnn69_rfg | Kik Group Chat | 1100263656946_g You know what to do | What I miss? | 162.234.188.43 |
| 4/4/2024 11:59:07 | joebidennnn69_rfg | Kik Group Chat | 1100263656946_g You know what to do | Is this a 18+ group or? | 162.234.188.43 |