# Timeline by Count Summary Chart

| Date/Time EDT | Sender | Source | Recipient | Message | IP Address |
|---|---|---|---|---|---|
| 4/1/2024 08:59:43 | - | MAY's Lenovo Laptop | - | Inbox (565) - ivorytuskconsulting@gmail.com - Gmail | - |
| 4/1/2024 09:00:01 | 7578766231 RJ May III | Verizon | 6787673626 Mark Powell | Duration 00:00:00 | - |
| 4/1/2024 09:01:27 | 7578766231 RJ May III | Verizon | 17164063575 | Duration 00:00:00 | - |
| 4/1/2024 09:07:30 | 7578766231 RJ May III | Verizon | 6787673626 Mark Powell | Duration 00:00:00 | - |
| 4/1/2024 09:07:41 | 7578766231 RJ May III | Verizon | 6787673626 Mark Powell | Duration 00:00:04 | - |
| 4/1/2024 09:08:14 | 7578766231 RJ May III | Verizon | 8039207449 JASON RESNICK | Duration 00:00:00 | - |
| 4/1/2024 09:08:33 | 7578766231 RJ May III | Verizon | 8435304474 JODY BOHMAN | Duration 00:29:07 | - |
| 4/1/2024 09:23:53 | joebidennnn69_rfg | Kik Group Chat | 1100263636600_g New | Dm for trade | 174.203.252.112 |
| 4/1/2024 09:24:15 | joebidennnn69_rfg | Kik Chat | anonanus1_suf | Yo | 174.203.252.112 |
| 4/1/2024 09:29:02 | anonanus1_suf | Kik Chat | joebidennnn69_rfg | Sup | - |
| 4/1/2024 09:29:02 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/1/2024 09:34:08 | joebidennnn69_rfg | Kik Gallery | anonanus1_suf | File -63e8 (Count 8) | 174.203.252.112 |
| 4/1/2024 09:34:10 | joebidennnn69_rfg | Kik Gallery | anonanus1_suf | f725aad1-141d-4d03-a4c9-bf1688a50537 | 174.203.252.112 |
| 4/1/2024 09:35:41 | joebidennnn69_rfg | Kik Chat | daveiler_xxn | Yo | 174.203.252.112 |
| 4/1/2024 09:36:28 | joebidennnn69_rfg | Kik Chat | bigones64_8zc | Yo | 174.203.252.112 |
| 4/1/2024 09:36:51 | joebidennnn69_rfg | Kik Chat | mincedgreens_er3 | Yo | 174.203.252.112 |
| 4/1/2024 09:37:57 | 7578766231 RJ May III | Verizon | 7604150395 SHERRY HODGES | Duration 00:00:00 | - |
| 4/1/2024 09:42:54 | 7578766231 RJ May III | Verizon | 17604150395 SHERRY HODGES | Duration 00:04:10 | - |
| 4/1/2024 09:45:41 | 7578766231 RJ May III | MAY's Android SM-G781U1 | 6787673626 Mark Powell, 8643607784 Stephen Frank | We still on for 11?<br><br>Or does 12, 6, 7, or 8 work best for you today? | - |
| 4/1/2024 09:48:47 | 7578766231 RJ May III | Verizon | 17164063575 | Duration 00:10:39 | - |
| 4/1/2024 09:50:46 | bigones64_8zc | Kik Chat | joebidennnn69_rfg | Hi! | - |
| 4/1/2024 09:50:46 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |

## Timeline by Count Summary Chart

| Date/Time EDT | Sender | Source | Recipient | Message | IP Address |
|---|---|---|---|---|---|
| 4/1/2024 16:41:15 | ufudnene648_a1e | Kik Gallery | joebidennnn69_rfg | bd54978c-217c-46ac-9c49-7c4a29b4bade | - |
| 4/1/2024 16:41:33 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/1/2024 16:41:40 | ufudnene648_a1e | Kik Chat | joebidennnn69_rfg | I left that group, it was dead | - |
| 4/1/2024 16:41:43 | joebidennnn69_rfg | Kik Gallery | ufudnene648_a1e | 7b8f6782-cbe6-4e81-9c06-c7443aed8083 | 162.234.188.43 |
| 4/1/2024 16:41:43 | joebidennnn69_rfg | Kik Gallery | ufudnene648_a1e | 86dd5b1a-2ea7-4c31-afcb-4915a2d7872c | 162.234.188.43 |
| 4/1/2024 16:41:43 | joebidennnn69_rfg | Kik Gallery | ufudnene648_a1e | 9c604096-46fa-4bb8-b6c7-fcdabbbb0c1d | 162.234.188.43 |
| 4/1/2024 16:41:43 | joebidennnn69_rfg | Kik Gallery | ufudnene648_a1e | f4411d92-3567-476e-a7a9-ffc31be3a726 | 162.234.188.43 |
| 4/1/2024 16:41:46 | ufudnene648_a1e | Kik Chat | joebidennnn69_rfg | The kik one we were in | - |
| 4/1/2024 16:42:22 | ufudnene648_a1e | Kik Gallery | joebidennnn69_rfg | 77fc2f64-375c-4088-a4b2-fd9e7d52eb3a | - |
| 4/1/2024 16:42:34 | ufudnene648_a1e | Kik Gallery | joebidennnn69_rfg | 46555f0c-b798-430d-94d8-008bfdf160e4 | - |
| 4/1/2024 16:42:47 | ufudnene648_a1e | Kik Gallery | joebidennnn69_rfg | 708c85e5-a23f-4ab4-b51f-4d685de9c53a | - |
| 4/1/2024 16:43:06 | ufudnene648_a1e | Kik Gallery | joebidennnn69_rfg | 7e3bcc3f-6326-48d4-bc61-934c469fed8a | - |
| 4/1/2024 16:43:28 | ufudnene648_a1e | Kik Gallery | joebidennnn69_rfg | cd7a6c14-42a8-44dd-8ec6-cd4ab6449980 | - |
| 4/1/2024 16:43:50 | joebidennnn69_rfg | Kik Gallery | ufudnene648_a1e | de40fa06-5f2b-422d-8192-a69c0cf6e351 | 162.234.188.43 |
| 4/1/2024 16:43:51 | joebidennnn69_rfg | Kik Gallery | ufudnene648_a1e | 69a60671-f343-47b5-a818-c11285ab5a71 | 162.234.188.43 |
| 4/1/2024 16:43:51 | joebidennnn69_rfg | Kik Gallery | ufudnene648_a1e | 85f989b3-40c2-4790-a36f-f590f7144383 | 162.234.188.43 |
| 4/1/2024 16:43:51 | joebidennnn69_rfg | Kik Gallery | ufudnene648_a1e | File -2928 (Count 6) | 162.234.188.43 |
| 4/1/2024 16:44:26 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/1/2024 16:44:40 | joebidennnn69_rfg | Kik Gallery | ufudnene648_a1e | a28e0f15-8deb-4e11-9de1-0d443366507d | 162.234.188.43 |
| 4/1/2024 16:45:09 | joebidennnn69_rfg | Kik Chat | sjwidnxn_kl3 | Good stuff | 162.234.188.43 |
| 4/1/2024 16:47:06 | ufudnene648_a1e | Kik Chat | joebidennnn69_rfg | Want me to send gay stuff too? I have a few of those, still have another 300ish vids, I'll keep sending if you send | - |
| 4/1/2024 16:47:24 | ufudnene648_a1e | Kik Gallery | joebidennnn69_rfg | e2bfef53-a9fa-4b44-b2dc-ded6172471ba | - |
| 4/1/2024 16:47:38 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |

## Timeline by Count Summary Chart

| Date/Time EDT | Sender | Source | Recipient | Message | IP Address |
|---|---|---|---|---|---|
| 4/1/2024 22:37:10 | joebidennnn69_rfg | Kik Gallery | cornholewilly_sou | 469fede2-62b9-43fe-975f-e84bae29a27d | 162.234.188.43 |
| 4/1/2024 22:39:01 | joebidennnn69_rfg | Kik Gallery | ehdudhe8endh3_5jg | d53fd3e8-cdb6-4ea0-9b04-718a4a6a5bfc | 162.234.188.43 |
| 4/1/2024 22:39:02 | joebidennnn69_rfg | Kik Gallery | ehdudhe8endh3_5jg | 6af99490-76a7-4df1-8a2d-5443416a487a | 162.234.188.43 |
| 4/1/2024 22:39:22 | cornholewilly_sou | Kik Gallery | joebidennnn69_rfg | fab0e21d-8552-40c1-bbaa-cf01156ac541 | - |
| 4/1/2024 22:40:12 | joebidennnn69_rfg | Kik Gallery | budsmckenzie420_ovb | 6af99490-76a7-4df1-8a2d-5443416a487a | 162.234.188.43 |
| 4/1/2024 22:40:13 | joebidennnn69_rfg | Kik Gallery | budsmckenzie420_ovb | File -3a7a (Count 5) | 162.234.188.43 |
| 4/1/2024 22:40:13 | joebidennnn69_rfg | Kik Gallery | budsmckenzie420_ovb | 83d61120-2198-467c-9cdf-909159d24ebe | 162.234.188.43 |
| 4/1/2024 22:40:55 | joebidennnn69_rfg | Kik Gallery | groundkeep3r_3yc | 6af99490-76a7-4df1-8a2d-5443416a487a | 162.234.188.43 |
| 4/1/2024 22:40:55 | joebidennnn69_rfg | Kik Gallery | groundkeep3r_3yc | 9131cfec-53a8-4272-b9a7-2f478900cfa3 | 162.234.188.43 |
| 4/1/2024 22:40:55 | joebidennnn69_rfg | Kik Gallery | groundkeep3r_3yc | b72e4332-4713-422f-8464-a1232ea2cc6f | 162.234.188.43 |
| 4/1/2024 22:42:01 | groundkeep3r_3yc | Kik Gallery | joebidennnn69_rfg | 10f5eee9-d64e-4f4d-aa3a-99b2e908201e | - |
| 4/1/2024 22:42:11 | 7578766231 RJ May III | MAY's Android SM-G781U1 | 8035177809 Elizabeth Enns, 8039812469 Jesse Enns | Got this out my po today | - |
| 4/1/2024 22:42:15 | groundkeep3r_3yc | Kik Gallery | joebidennnn69_rfg | 3e1cea81-1916-4556-9010-a8406be4fdc3 | - |
| 4/1/2024 22:42:28 | groundkeep3r_3yc | Kik Gallery | joebidennnn69_rfg | d2e60797-b72e-422c-a434-3a79d29ecb26 | - |
| 4/1/2024 22:44:07 | joebidennnn69_rfg | Kik Gallery | groundkeep3r_3yc | 268190c9-8941-4c8e-ac92-29e0412a00cf | 162.234.188.43 |
| 4/1/2024 22:44:07 | joebidennnn69_rfg | Kik Gallery | groundkeep3r_3yc | 289b82ba-58ef-46b9-88e8-23f0f52e549c | 162.234.188.43 |
| 4/1/2024 22:44:07 | joebidennnn69_rfg | Kik Gallery | groundkeep3r_3yc | File -73d2 (Count 7) | 162.234.188.43 |
| 4/1/2024 22:44:07 | joebidennnn69_rfg | Kik Gallery | groundkeep3r_3yc | de4ce830-46fd-486c-8e71-7c2177a5bfb8 | 162.234.188.43 |
| 4/1/2024 22:44:25 | 7578766231 RJ May III | MAY's Android SM-G781U1 | 8035177809 Elizabeth Enns, 8039812469 Jesse Enns | Yes | - |
| 4/1/2024 22:44:35 | 7578766231 RJ May III | MAY's Android SM-G781U1 | 8035177809 Elizabeth Enns, 8039812469 Jesse Enns | Did yall cancel it or should I deposit? | - |
| 4/1/2024 22:45:19 | groundkeep3r_3yc | Kik Gallery | joebidennnn69_rfg | 1b83c5de-a7b0-41ba-b0da-9f81700443d7 | - |
| 4/1/2024 22:45:30 | groundkeep3r_3yc | Kik Gallery | joebidennnn69_rfg | 6cbf7c2b-6de9-47c7-8c13-03a34804fe7d | - |
| 4/1/2024 22:45:44 | groundkeep3r_3yc | Kik Gallery | joebidennnn69_rfg | f78ff32d-a89b-4e28-95e7-c839ceeffeae | - |
| 4/1/2024 22:48:22 | budsmckenzie420_ovb | Kik Gallery | joebidennnn69_rfg | 95a0a358-8ca9-4b73-92a7-d8ec50ceb942 | - |
| 4/1/2024 22:48:52 | budsmckenzie420_ovb | Kik Gallery | joebidennnn69_rfg | 88b240f0-3b08-45b1-865f-d17c5ff1bbaa | - |
| 4/1/2024 22:51:34 | - | MAY's Lenovo Laptop | MAY's Lenovo Laptop | Site Visited: Hodges Script Take 1 - ivorytuskconsulting@gmail.com - Gmail | - |
| 4/1/2024 22:55:01 | - | MAY's Lenovo Laptop | MAY's Lenovo Laptop | Site Visited: Inbox (576) - ivorytuskconsulting@gmail.com - Gmail | - |

## Timeline by Count Summary Chart

| Date/Time EDT | Sender | Source | Recipient | Message | IP Address |
|---|---|---|---|---|---|
| 4/3/2024 13:30:04 | - | MAY's Lenovo Laptop | - | Kellet Protest.docx - Author RJ [Microsoft Word Doc] | - |
| 4/3/2024 13:30:39 | "IvoryTuskConsulting" <ivorytuskconsulting@gmail.com> | MAY's Lenovo Laptop | To: "william huff" <wchrishuff29@gmail.com>, "J. Mark Powell" <jmp.press@gmail.com> | Subject: For Approval - Kellet Protest | - |
| 4/3/2024 13:30:59 | joebidennnn69_rfg | Kik Chat | partyaids_zoj | If you got good stuff | 162.234.188.43 |
| 4/3/2024 13:32:02 | 7578766231 RJ May III | MAY's Android SM-G781U1 | 6787673626 Mark Powell, 8643048994 Chris Huff | I just sent you both the protest letter. Please look asap | - |
| 4/3/2024 13:32:18 | partyaids_zoj | Kik Gallery | joebidennnn69_rfg | ff210604-9396-45bf-bb88-823222e3540f | - |
| 4/3/2024 13:32:24 | partyaids_zoj | Kik Chat | joebidennnn69_rfg | Like this? | - |
| 4/3/2024 13:32:35 | partyaids_zoj | Kik Gallery | joebidennnn69_rfg | ab2e50ff-68a9-420e-9b79-8b2935c45553 | - |
| 4/3/2024 13:33:03 | joebidennnn69_rfg | Kik Gallery | partyaids_zoj | 4a9cdf9f-2b5b-4041-b5c7-64b7024f3eae | 162.234.188.43 |
| 4/3/2024 13:33:03 | joebidennnn69_rfg | Kik Gallery | partyaids_zoj | File -7018 (Count 4) | 162.234.188.43 |
| 4/3/2024 13:39:30 | - | MAY's Lenovo Laptop | - | Google Search: fauci and Biden | - |
| 4/3/2024 13:39:34 | 7578766231 RJ May III | Verizon | 8037678769 MRS. KILMARTIN | Duration 00:00:00 | - |
| 4/3/2024 13:40:12 | 7578766231 RJ May III | Verizon | 8035303084 | Duration 00:00:00 | - |
| 4/3/2024 13:41:29 | randomcouplehere_xii | Kik Gallery | joebidennnn69_rfg | 37464689-6829-4fbf-9479-5d7378698122 | - |
| 4/3/2024 13:41:31 | randomcouplehere_xii | Kik Gallery | joebidennnn69_rfg | 4c65c900-6958-4b9b-87a7-61ef21c8ab97 | - |
| 4/3/2024 13:41:35 | randomcouplehere_xii | Kik Gallery | joebidennnn69_rfg | 4537763e-e911-4ad0-9cb7-8e0f05fd8dd8 | - |
| 4/3/2024 13:41:42 | randomcouplehere_xii | Kik Gallery | joebidennnn69_rfg | d9127ffb-690f-4889-9956-d25c835f5108 | - |
| 4/3/2024 13:47:28 | joebidennnn69_rfg | Kik Gallery | randomcouplehere_xii | f4411d92-3567-476e-a7a9-ffc31be3a726 | 162.234.188.43 |
| 4/3/2024 13:47:29 | joebidennnn69_rfg | Kik Gallery | randomcouplehere_xii | 261a9ef4-3af7-4f8e-8e96-bbd040b328e0 | 162.234.188.43 |
| 4/3/2024 13:47:29 | joebidennnn69_rfg | Kik Gallery | randomcouplehere_xii | b6f08e3d-a787-4f61-bf46-859f041c3869 | 162.234.188.43 |
| 4/3/2024 13:47:29 | joebidennnn69_rfg | Kik Gallery | randomcouplehere_xii | File -d8e0 (Count 9) | 162.234.188.43 |
| 4/3/2024 13:48:00 | - | MAY's Lenovo Laptop | - | Filename: Kellet Protest.docx - Author RJ [File Opened/Modified] | - |
| 4/3/2024 13:48:01 | joebidennnn69_rfg | Kik Chat | partyaids_zoj | ? | 162.234.188.43 |
| 4/3/2024 13:48:20 | partyaids_zoj | Kik Gallery | joebidennnn69_rfg | 2e219731-a39c-47c8-a2f0-74d58a2ce3f4 | - |
| 4/3/2024 13:48:39 | "IvoryTuskConsulting" <ivorytuskconsulting@gmail.com> | MAY's Lenovo Laptop | "Hope Walker" <Hope@scgop.com> | Email Subject: Kellet Protest Letter | - |
| 4/3/2024 13:48:58 | partyaids_zoj | Kik Gallery | joebidennnn69_rfg | e88dc3bd-caf7-420f-801a-ef86c83a9f3b | - |
| 4/3/2024 13:49:09 | partyaids_zoj | Kik Gallery | joebidennnn69_rfg | 9d8ab4d6-d650-4fb5-a7e6-8642acd453a2 | - |

## Timeline by Count Summary Chart

| Date/Time EDT | Sender | Source | Recipient | Message | IP Address |
|---|---|---|---|---|---|
| 4/3/2024 13:49:14 | joebidennnn69_rfg | Kik Chat | partyaids_zoj | Come on now. That firt one is from x videos. 😄 | 162.234.188.43 |
| 4/3/2024 13:59:44 | joebidennnn69_rfg | Kik Chat | partyaids_zoj | I sent that last one already | 162.234.188.43 |
| 4/3/2024 13:59:57 | joebidennnn69_rfg | Kik Chat | partyaids_zoj | 2nd to last | 162.234.188.43 |
| 4/3/2024 14:00:48 | partyaids_zoj | Kik Chat | joebidennnn69_rfg | Oh whoops | - |
| 4/3/2024 14:01:20 | partyaids_zoj | Kik Gallery | joebidennnn69_rfg | 0de6698c-7b47-4d37-87e7-9c7ba6a591ce | - |
| 4/3/2024 14:01:30 | joebidennnn69_rfg | Kik Gallery | partyaids_zoj | 3bf8a8ce-2803-410a-b36d-c2443005c08b | 162.234.188.43 |
| 4/3/2024 14:01:30 | joebidennnn69_rfg | Kik Gallery | partyaids_zoj | 7df2d29f-6523-457b-a4ec-45e7dcb0e711 | 162.234.188.43 |
| 4/3/2024 14:01:30 | joebidennnn69_rfg | Kik Gallery | partyaids_zoj | 9c604096-46fa-4bb8-b6c7-fcdabbbb0c1d | 162.234.188.43 |
| 4/3/2024 14:01:30 | joebidennnn69_rfg | Kik Gallery | partyaids_zoj | babbcded-5151-4d19-8429-671033a24744 | 162.234.188.43 |
| 4/3/2024 14:01:31 | joebidennnn69_rfg | Kik Gallery | partyaids_zoj | e7425252-9926-4585-a9e6-d8ed42fb3e28 | 162.234.188.43 |
| 4/3/2024 14:02:18 | randomcouplehere_xii | Kik Gallery | joebidennnn69_rfg | cb1f56b6-d129-4611-8a2e-b565f4473a67 | - |
| 4/3/2024 14:02:41 | randomcouplehere_xii | Kik Gallery | joebidennnn69_rfg | 53ddd6aa-4e98-4556-a40a-7e8348056443 | - |
| 4/3/2024 14:02:51 | randomcouplehere_xii | Kik Gallery | joebidennnn69_rfg | 69df46ed-2d22-4d9d-8512-b39c79ac40fd | - |
| 4/3/2024 14:05:42 | joebidennnn69_rfg | Kik Gallery | randomcouplehere_xii | 9c604096-46fa-4bb8-b6c7-fcdabbbb0c1d | 162.234.188.43 |
| 4/3/2024 14:05:43 | joebidennnn69_rfg | Kik Gallery | randomcouplehere_xii | 1cce6f2f-dd3d-4333-bb9c-11f87855604c | 162.234.188.43 |
| 4/3/2024 14:05:43 | joebidennnn69_rfg | Kik Gallery | randomcouplehere_xii | File -13c8 (Count 3) | 162.234.188.43 |
| 4/3/2024 14:05:44 | joebidennnn69_rfg | Kik Gallery | randomcouplehere_xii | cfcacd8d-919e-432c-8836-c415ccfa436d | 162.234.188.43 |
| 4/3/2024 14:06:24 | 7578766231<br>RJ May III | Verizon | 8037671418<br>Beth Slawson | Duration 00:00:09 | - |
| 4/3/2024 14:08:09 | randomcouplehere_xii | Kik Gallery | joebidennnn69_rfg | 896183c8-fafc-479a-adbe-d5ef1a0fecea | - |
| 4/3/2024 14:09:05 | randomcouplehere_xii | Kik Gallery | joebidennnn69_rfg | e08b6d59-e9b5-44ba-b5f3-f6a35981393c | - |
| 4/3/2024 14:09:17 | randomcouplehere_xii | Kik Gallery | joebidennnn69_rfg | 492cca16-021a-4d35-8e5b-29b592ea9563 | - |
| 4/3/2024 14:10:14 | randomcouplehere_xii | Kik Gallery | joebidennnn69_rfg | 5683b53b-93af-419f-a30a-b826ee7098ed | - |
| 4/3/2024 14:12:57 | joebidennnn69_rfg | Kik Gallery | randomcouplehere_xii | 3bf8a8ce-2803-410a-b36d-c2443005c08b | 162.234.188.43 |
| 4/3/2024 14:12:57 | joebidennnn69_rfg | Kik Gallery | randomcouplehere_xii | a22ceaa9-bea2-4ebc-b659-06d6e46e8fc5 | 162.234.188.43 |
| 4/3/2024 14:12:58 | joebidennnn69_rfg | Kik Gallery | randomcouplehere_xii | 7df2d29f-6523-457b-a4ec-45e7dcb0e711 | 162.234.188.43 |
| 4/3/2024 14:12:59 | joebidennnn69_rfg | Kik Gallery | randomcouplehere_xii | 5ab78e5f-348e-4064-9b06-6204a87fcf15 | 162.234.188.43 |
| 4/3/2024 14:13:00 | joebidennnn69_rfg | Kik Gallery | randomcouplehere_xii | 6994d435-e4cb-4e78-adbf-563a0656529b | 162.234.188.43 |
| 4/3/2024 14:13:08 | joebidennnn69_rfg | Kik Chat | partyaids_zoj | Done? | 162.234.188.43 |

## Timeline by Count Summary Chart

| Date/Time EDT | Sender | Source | Recipient | Message | IP Address |
|---|---|---|---|---|---|
| 4/3/2024 14:29:34 | randomcouplehere_xii | Kik Gallery | joebidennnn69_rfg | 67288c3b-df09-42f2-ac57-a4686f58b38f | - |
| 4/3/2024 14:29:36 | randomcouplehere_xii | Kik Gallery | joebidennnn69_rfg | ac0c346b-8a3f-4a88-86e9-a2df7546eb72 | - |
| 4/3/2024 14:29:37 | randomcouplehere_xii | Kik Gallery | joebidennnn69_rfg | ae4e1fae-1ed9-479c-9b8a-11add417f44d | - |
| 4/3/2024 14:29:41 | randomcouplehere_xii | Kik Gallery | joebidennnn69_rfg | 25fafe77-d7e1-48a5-ac1f-0523ba06e5bc | - |
| 4/3/2024 14:29:42 | randomcouplehere_xii | Kik Chat | joebidennnn69_rfg | I send extra in case some fail | - |
| 4/3/2024 14:29:46 | randomcouplehere_xii | Kik Gallery | joebidennnn69_rfg | 0d4e57a9-2638-4581-95ff-25b059ff1e1b | - |
| 4/3/2024 14:29:57 | joebidennnn69_rfg | Kik Chat | partyaids_zoj | Down to pics? | 174.216.16.98 |
| 4/3/2024 14:30:40 | partyaids_zoj | Kik Chat | joebidennnn69_rfg | Sadly | - |
| 4/3/2024 14:31:59 | 7578766231 RJ May III | MAY's Android SM-G781U1 | 8035303084 Ryan McCabe | What? Why you dogging them? Your a top 10 legislator? | - |
| 4/3/2024 14:32:10 | 7578766231 RJ May III | MAY's Android SM-G781U1 | 8035303084 Ryan McCabe | They are going to be on one of your mailers. | - |
| 4/3/2024 14:34:08 | joebidennnn69_rfg | Kik Chat | randomcouplehere_xii | Pictures don't count. Lol | 174.216.16.98 |
| 4/3/2024 14:36:14 | 7578766231 RJ May III | Verizon | 8035303084 | Duration 00:00:00 | - |
| 4/3/2024 14:38:51 | randomcouplehere_xii | Kik Chat | joebidennnn69_rfg | I sent 3 videos | - |
| 4/3/2024 14:43:52 | joebidennnn69_rfg | Kik Gallery | randomcouplehere_xii | File -69c0 (Count 1) | 174.216.16.98 |
| 4/3/2024 14:43:52 | joebidennnn69_rfg | Kik Gallery | randomcouplehere_xii | c15b446b-a031-43da-a658-a9ee632a933a | 174.216.16.98 |
| 4/3/2024 14:43:53 | joebidennnn69_rfg | Kik Gallery | randomcouplehere_xii | 203b63f9-8e05-4e77-a250-2005fd4af443 | 174.216.16.98 |
| 4/3/2024 14:43:53 | joebidennnn69_rfg | Kik Gallery | randomcouplehere_xii | abf9ed44-4d11-4b64-abd2-2f1fe94c8f61 | 174.216.16.98 |
| 4/3/2024 14:43:54 | joebidennnn69_rfg | Kik Gallery | randomcouplehere_xii | 891a6049-72ad-4634-90e4-28d55c02c486 | 174.216.16.98 |
| 4/3/2024 15:09:17 | joebidennnn69_rfg | Kik Chat | nimuek_u7h | Good stuff | 174.216.16.98 |
| 4/3/2024 15:09:55 | joebidennnn69_rfg | Kik Chat | amalavmachine_mji | Good stuff | 174.216.16.98 |
| 4/3/2024 15:10:41 | joebidennnn69_rfg | Kik Chat | nitkobitan06_3ld | Good stuff | 174.216.16.98 |
| 4/3/2024 15:11:01 | amalavmachine_mji | Kik Gallery | joebidennnn69_rfg | 53897bc6-c4f7-484a-bc27-0b151dfe9f98 | - |
| 4/3/2024 15:11:01 | amalavmachine_mji | Kik Chat | joebidennnn69_rfg | Only the best | - |
| 4/3/2024 15:12:43 | joebidennnn69_rfg | Kik Gallery | amalavmachine_mji | 891a6049-72ad-4634-90e4-28d55c02c486 | 174.216.16.98 |
| 4/3/2024 15:14:50 | nimuek_u7h | Kik Chat | joebidennnn69_rfg | Thx | - |
| 4/3/2024 15:18:07 | 7578766231 RJ May III | Verizon | 7604150395 Sherry Hodges | Duration 00:00:00 | - |

## Timeline by Count Summary Chart

| Date/Time EDT | Sender | Source | Recipient | Message | IP Address |
|---|---|---|---|---|---|
| 4/3/2024 22:35:14 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/3/2024 22:35:18 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/3/2024 22:35:19 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/3/2024 22:36:25 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/3/2024 22:36:30 | joebidennnn69_rfg | Kik Gallery | budburns_xox | File -5841 (Count 2) | 162.234.188.43 |
| 4/3/2024 22:36:30 | joebidennnn69_rfg | Kik Gallery | budburns_xox | 8b07b672-6b43-4c1b-a6cb-e6c0a7727f97 | 162.234.188.43 |
| 4/3/2024 22:36:30 | joebidennnn69_rfg | Kik Gallery | budburns_xox | b0bb8e9d-703f-4bf2-a1d0-2569e83c9403 | 162.234.188.43 |
| 4/3/2024 22:36:48 | 7578766231 RJ May III | Verizon | 6787673626 Mark Powell | Duration 00:00:00 | - |
| 4/3/2024 22:38:29 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/3/2024 22:38:44 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/3/2024 22:39:06 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/3/2024 22:39:07 | budburns_xox | Kik Gallery | MAY's Android SM-G781U1 | fbcf7d70-6efe-498b-a0e4-ec64922d1f49 | - |
| 4/3/2024 22:39:08 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/3/2024 22:39:08 | budburns_xox | Kik Gallery | MAY's Android SM-G781U1 | ce9b3568-bcc8-4a17-8e39-eef7f73a6ea9 | - |
| 4/3/2024 22:39:09 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/3/2024 22:39:16 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/3/2024 22:39:22 | budburns_xox | Kik Chat | joebidennnn69_rfg | Running low but saving the best till last | - |
| 4/3/2024 22:39:22 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/3/2024 22:39:30 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/3/2024 22:39:30 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/3/2024 22:40:22 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/3/2024 22:40:44 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/3/2024 22:40:47 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/3/2024 22:41:19 | Kik Application | MAY's Android SM-G781U1 | MAY's Android SM-G781U1 | Kik App Notification | - |
| 4/3/2024 22:42:29 | 7578766231 RJ May III | MAY's Android SM-G781U1 | 5034329046 Erica | You never told me you have a daughter. | - |

# Timeline by Count Summary Chart

| Date/Time EDT | Sender | Source | Recipient | Message | IP Address |
|---|---|---|---|---|---|
| 4/3/2024 23:57:09 | 7578766231 RJ May III | MAY's Android SM-G781U1 | 5034329046 Erica | I think about you every day. And when milestones happen, I think about how I should be sharing them with you.<br><br>And I don't know what to do. On the one hand, I want to talk with you every day. But on the other, I feel like if I do, you might feel like I feel. And I'd rather not put that on you. I love when I see a text from you. But it's also a reminder that you're not here. | - |
| 4/3/2024 23:57:19 | joebidennnn69_rfg | Kik Chat | pcjames99_fqy | Yo | 162.234.188.43 |
| 4/4/2024 00:00:24 | "IvoryTuskConsulting" <ivorytuskconsulting@gmail.com> | MAY's Lenovo Laptop | "Jacob Cook" <jacob.cook@sunsolutionsusa.com>, "Teri Johnson" <teri.johnson@sunsolutionsusa.com>, "Michelle Dolezal" <Michelle.Dolezal@sunsolutionsusa.com> | Subject Name: Bohman Door Hanger #2 | - |
| 4/4/2024 00:00:50 | "IvoryTuskConsulting" <ivorytuskconsulting@gmail.com> | MAY's Lenovo Laptop | "jody bohman" <jodybohman@yahoo.com> | Subject Name: FOR APPROVAL | - |
| 4/4/2024 00:04:43 | pcjames99_fqy | Kik Gallery | joebidennnn69_rfg | 0b1b797f-b512-4da2-b137-455e46407b6a | - |
| 4/4/2024 00:04:44 | Kik Application | MAY's Android SM-G781U1 | joebidennnn69_rfg | Kik App Notification | - |
| 4/4/2024 00:06:46 | joebidennnn69_rfg | Kik Gallery | pcjames99_fqy | cc8b5fb1-8325-46ed-aa6e-687776e2563d | 162.234.188.43 |
| 4/4/2024 00:08:12 | joebidennnn69_rfg | Kik Group Chat | 1100263653425_g Send anything | Cheese me | 162.234.188.43 |
| 4/4/2024 00:09:32 | pcjames99_fqy | Kik Gallery | joebidennnn69_rfg | 823de58f-0958-4283-bc1d-78ee047cab34 | - |
| 4/4/2024 00:10:19 | pcjames99_fqy | Kik Gallery | joebidennnn69_rfg | 280c6e5a-aee7-43e1-abf3-f201b38821f9 | - |
| 4/4/2024 00:10:44 | pcjames99_fqy | Kik Gallery | joebidennnn69_rfg | 4bf5b4fe-1452-4109-b297-33eae4cc3eee | - |
| 4/4/2024 00:11:57 | pcjames99_fqy | Kik Gallery | joebidennnn69_rfg | 120e85bc-7ff6-44f9-8270-cb55dfaa7da2 | - |
| 4/4/2024 00:13:13 | pcjames99_fqy | Kik Gallery | joebidennnn69_rfg | 53a7f80e-7a55-4a9c-967d-5fb9679f9452 | - |
| 4/4/2024 00:16:13 | pcjames99_fqy | Kik Gallery | joebidennnn69_rfg | 7c0d8f61-7c7d-4fb4-b137-99edb2773ad2 | - |
| 4/4/2024 00:17:01 | joebidennnn69_rfg | Kik Gallery | pcjames99_fqy | cc8b5fb1-8325-46ed-aa6e-687776e2563d | 162.234.188.43 |
| 4/4/2024 00:17:01 | joebidennnn69_rfg | Kik Gallery | pcjames99_fqy | f2b53ac2-f575-4bbe-a248-e7257aa53ccd | 162.234.188.43 |
| 4/4/2024 00:17:02 | joebidennnn69_rfg | Kik Gallery | pcjames99_fqy | 161b6e08-35f4-4cea-abae-e691d87a5931 | 162.234.188.43 |
| 4/4/2024 00:17:02 | joebidennnn69_rfg | Kik Gallery | pcjames99_fqy | dfd317de-4ff7-4421-95aa-cf712e356624 | 162.234.188.43 |
| 4/4/2024 00:18:05 | pcjames99_fqy | Kik Gallery | joebidennnn69_rfg | 555bf556-a11a-40e7-9917-c79474793220 | - |
| 4/4/2024 00:20:33 | pcjames99_fqy | Kik Gallery | joebidennnn69_rfg | f09f9809-3956-4f0e-a577-7ff3b1452f87 | - |
| 4/4/2024 00:20:59 | pcjames99_fqy | Kik Gallery | joebidennnn69_rfg | 8d2fbca2-acc6-4851-8366-be66530db4da | - |
| 4/4/2024 00:21:45 | pcjames99_fqy | Kik Gallery | joebidennnn69_rfg | 28c33c41-dfae-4a59-988b-f039d3f50e56 | - |
| 4/4/2024 00:22:56 | pcjames99_fqy | Kik Gallery | joebidennnn69_rfg | 431e595d-9a79-4b59-9127-83be7a36670b | - |
| 4/4/2024 00:23:10 | pcjames99_fqy | Kik Gallery | joebidennnn69_rfg | be9022d9-ae18-4a65-8f04-4914621060b1 | - |
| 4/4/2024 00:23:55 | pcjames99_fqy | Kik Gallery | joebidennnn69_rfg | feb39772-42c8-4eeb-a528-d30bd0cd1f21 | - |
| 4/4/2024 00:24:05 | joebidennnn69_rfg | Kik Gallery | pcjames99_fqy | 92d7b18e-c4f9-461d-8cc2-e106a43ecbb6 | 162.234.188.43 |
| 4/4/2024 00:24:06 | joebidennnn69_rfg | Kik Gallery | pcjames99_fqy | File -eaab (Count 10) | 162.234.188.43 |