CV-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America ) | Case No. 3:25-CR-778 (CMC) |
| v. ) | |
| Robert John May, III, ) | MOTION TO CHANGE VENUE |
| ) | |
| Defendant ) | |
| ) | |

RCVD - USDC COLA SC
SEP 17 '25 PM 2:38

COMES NOW the defendant Robert John May, III, pursuant to Fed. R. Crim. 21(a) to: (1) Change venue for trial.

### Analysis

A defendant is entitled to a fair trial, free from publicity that prejudices jurors against the defendant at its onset. Irvin v. Dowd 366 U.S. 717, 722, 81 S. Ct. 1639, 1642, 6 L.Ed.2d 755 (1961). In determining whether to presume prejudice on pre-trial publicity, a court can consider the source of that publicity and the recency of it. US v. Bakker, 925 F.2d 728; Wansley 487 F.2d at 93.

In the instant case, so great a prejudice due to

CV-2

pre-trial publicity exists that the Defendant cannot obtain a fair and impartial trial. The publicity has been sustained, recent, and inflamatory with much of it originating via the government.

The original news of the Search of the Defendant's home was made available to FitNews by a "Source" inside the government. The same media outlet was present during Defendant May's arrest. Again, such timing was only possible by communication between the government and media.

The government also publicly filed a CAFRA extension request on late October 2024 despite the case being under seal. The motion indicated an indictment was expected within 90 days and set off a series of media articles and videos announcing the defendant's pending indictment.

Recent coverage ~~from~~ labeled the Defendant a "child sex abuser", impling Defendant engaged in hands on abuse of children.

Attached to this filing are dozens of articles that only scratch the surface of media feed into the potential jury pool. This pre-trial publicity has tainted the jury pool and prevented a fair trial. Due to the quanity and prejudicial quality of the press coverage, it is impossible for the defendant to recieve a fair trial in the district of SC, Columbia division.