


# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

**CASE NUMBER**
CO07QS24CO0006

**CASE OPENED**
7/12/2024

**CURRENT CASE TITLE**
KIK user: "joebidennnn69"

**REPORT TITLE**
Review and identity of the number of video frames from CSAM files

**REPORTED BY**
Britton Lorenzen
SPECIAL AGENT

**APPROVED BY**
Britton Lorenzen
SPECIAL AGENT

**DATE APPROVED**
12/22/2025

## SYNOPSIS

In June 2024, CyberTipline (CT) Report 194328560 was received by the South Carolina Attorney General's Office (SCAG) from the National Center for Missing and Exploited Children (NCMEC), regarding child sex abuse material (CSAM) being transmitted via the social media platform, KIK user: "joebidennnn69". The CT provided an AT&T IPv4 162.234.188.43 (port 55950) and an email address: "joehoe12368@gmail.com" being associated to this KIK account. NCMEC flagged 50 files as CSAM. All files were verified as CSAM and can be described as displaying female minors between the approximate ages of 8-12 years engaged in sexual activities. The IP address was later identified as being registered at the residence of Robert John MAY III.

This report of investigation will document and identify approximately the number of video frames each child pornography video contains from the five (5) CSAM videos that MAY plead guilty to distributing.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| KIK user: "joebidennnn69" | CO07QS24CO0006-028 | 12/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



## DETAILS OF INVESTIGATION

In light of a position taken by May ahead of sentencing, the author was asked by Assistant United States Attorney (AUSA) Elliott Daniels to review the below 5 child pornography videos, which were identified in paragraph 29 of Robert John May's Pre-Sentencing Report (PSR) and identify approximately how many frames each child pornography video contains.

To do so, I used a formula of multiplying the length of the video in seconds by the frame rate of the video. In other words, [length of the video in seconds] x [frame rate of the video] = [total number of frames in the video].

For example, a 1 minute and 10 seconds long video would equal 70 seconds. The video length in seconds (70) would be multiplied by the frame rate of the video, which is best described as the frequency at which frames in a video are displayed.

The frame rate of any video is available by right clicking on the video in Windows Explorer and clicking on "properties" and then "details". For example, if the video described above had a frame rate of 30 frames per second, the formula would be 70 seconds X 30 frames per second = 2,100 total frames.

I have reviewed the file videos below and have determined that the majority of the total frames in the videos depict child sexual abuse material. The videos are of a relatively short duration, less than two minutes, and based on my review of the videos, the majority of the frames in these videos are comprised of child sexual abuse material. The videos generally begin and end with an image of child sexual abuse.

My review found that the below five (5) child pornography videos contain approximately **6,930.54 total frames**. Based on my review, the majority of those total frames depict child pornography.

Specifically, as for the five videos identified in PSR paragraph 29, which support Counts 1 through 5, each of which are May's counts of conviction:

1. <u>Video One</u>: The video supporting Count 1 is a 1-minute-08-second video that depicts an adult woman sitting in the front passenger seat of a car while nursing an infant. There is an adult male in the back seat who is recording the mother nursing and then pans to his erect penis as he directs another fully clothed child to fellate him. The adult male then pans the camera back to the infant and the woman in the front seat while the other child continues to fellate him.

   - File Name – 9f6816c6-2ebe-452e-94fc-3227f7d269c0

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| KIK user: "joebidennnn69" | CO07QS24CO0006-028 | 12/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.





12/22/2025 10:13 EST　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 3 of 4

- Frame Rate – 29.36 Frames Per Second (FPS)
- Length of Video – 68 seconds
- Total Frames – 29.36 FPS x 68 seconds = **1,996.48 frames**

1. <u>Video Two</u>: The video supporting Count 2 is a 14-second video that depicts an adult male penetrating the vagina of a toddler female. The toddler is wincing and has tears in her eyes and is clearly in pain.

- File Name – 3ae45663-2d10-4134-8eee-308ea83f5841
- Frame Rate – 29.84 FPS
- Length of Video – 15 seconds
- Total Frames – 29.84 FPS x 15 seconds = **447.6 frames**

1. <u>Video Three</u>: The video supporting Count 3 is a 1 minute-35-second video that depicts a toddler kneeling on her knees exposing her vagina and buttocks as an adult female licks the toddler's vagina and anus. The adult female then begins to rub a self-pleasuring device on the toddler's vagina and anus. The adult female is seen making a heart shape with her hands and smiling as the toddler is peering through her legs in view of the adult.

- File Name – 4b78113c-d3c9-4faa-826e-9b7948e913c8
- Frame Rate – 11.93 FPS
- Length of Video – 96 seconds
- Total Frames – 11.93 FPS x 96 seconds = **1,145.28 frames**

1. <u>Video Four</u>: The video supporting Count 4 is a 1 minute-57-second video that depicts a compilation of short clips showing various minor females fellating different adult men. The video is customized with music, "Rock It Till You Drop It" by Fefe Dobson.

    The first clip shows a prepubescent female wearing a Mardi Gras mask fellating an adult male. The prepubescent female's mouth is so small the adult male's penis does not fit inside her mouth, and she is only able to place her lips over the tip of the adult male's erect penis and use her tongue to fellate him.

    The second clip shows a prepubescent female lying on her back on a flat surface as the adult male ejaculates in her face. The prepubescent female winces and closes her eyes tightly as to not get semen in her eyes.

    The third clip shows a prepubescent fellating an animal; possibly a dog or a goat.

    The fourth, fifth and sixth clips show different adult men ejaculating on different toddler females' faces.

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| KIK user: "joebidennnn69" | CO07QS24CO0006-028 | 12/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




```
The seventh clip shows a prepubescent female wearing sunglasses as she fellates an adult
male. At the end of the video the prepubescent female turns to the camera and opens her
mouth wide to show what appears to be semen in her mouth.

The eighth clip show a toddler female fellating an adult male and then spitting out what
appears to be semen.

The ninth clip shows a prepubescent female holding an adult male's penis and spitting what
appears to be semen from her mouth onto the adult male's penis. "Greets fly out to all the
little cock suckers" is displayed at the end of the video compilation. ("Greets" appears
to be slang for "Greetings").
```

- File Name – 4d05ee20-24ea-43f2-b68b-32faaa4e7018
- Frame Rate – 25.01 FPS
- Length of Video – 118 seconds
- Total Frames – 25.01 frames per second x 118 seconds = **2,951.18 frames**

1. <u>Video Five</u>: The video supporting Count 5 is a 12-second video that depicts a toddler female sitting on her knees fellating an adult male who is holding and pushing the back of the toddler's head towards his crotch. At the same time, there is a different adult male who is penetrating the toddler's vagina or anus from behind. There are Hello Kitty sheets hanging in the background.

- File Name – 19e16de1-546c-41ca-8e11-ea5788b53a7a
- Frame Rate – 30.00 FPS
- Length of Video – 13 seconds
- Total Frames – 30.00 frames per second x 13 seconds = **390 frames**
- Total Frames – 30.00 FPS x 13 seconds = **390 frames**

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| KIK user: "joebidennnn69" | CO07QS24CO0006-028 | 12/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.