# EXHIBIT 1:
# RJ's Letter to the Court

Your Honorable Judge Currie,

  For the past 21 months I have been consumed by a gnawing pang and heavy heart; inescapable reminders of my failures as a man, husband, and father. My short exploration of the darkest images on the internet has filled me with immense shame and guilt. My viewing and sharing of CSAM will forever haunt me despite it not reflecting who I was, who I am, or who I will be. My crimes were an aberration in a life otherwise well lived. Even so, I take full responsibility for my actions and recognize they deserve punishment.

  Whether through indifference or want of education, I was ignorant to the continuing harms posed by CSAM. If I am honest with myself and the Court, I had addiction to screens and pornography. It was more serious than I thought and led to a horrible place I never imagined it would go. For that, I am deeply sorry.

  Having read dozens of victim impact statements from other case files across the county, the human cost of my crime has become clear. Through their own words survivors recount in harrowing detail their abuse – typically at the hands of someone they trusted – and the trauma they experience years, and even decades later. Some describe crippling anxiety and depression, others speak of ongoing issues related to PTSD, and many are fearful of leaving their homes and being recognized in public.

  As someone who dedicated a large portion of their life to the protection of the voiceless and vulnerable, knowing I contributed to their ongoing suffering and fueled the desire for such images makes me physically ill. My heart begins to race and sweat forms on my brow. My clothes tighten. An uncontrollable cough serves as the warning to a burning chest and vomiting. My symptoms might last minutes or hours but a period of depression always follows. My bed becomes a temporary tomb from which I cannot escape; my limbs too heavy to move as if gravity has multiplied exponentially.

  My shame is compounded by my inability to offer the victims of my crime something more than an apology and restitution. An apology feels insignificant compared to the harm done and restitution seems to suggest the stroking of a check can beguile their anguish. Yet, an apology and restitution are both the least I can do and all I can do for the specific victims of my crimes. I will never be able to ease the torment that follows them. With that in mind, I offer them my sincerest apology for distributing CSAM, perpetuating their suffering, and falling well short of my personal standard of integrity and that of what is expected of any decent member of society.

  As a result of my crimes, and perhaps justifiably so, the life I had is forever foreclosed. My arrest marked the swift and total destruction of all my hopes and dreams. Every plan has been shattered. Every worldly possession is gone. I have been made penniless. My crimes have been published to a global audience. I have brought shame and embarrassment to friends and family alike. My wife has left me and I am now forced to face the hardships of life alone without

the one I love. Inevitably, the memories my children have of me will fade. Soon the features of my face and sound of my voice will be unrecognizable to them. Each hour of my existence now drags slowly and fills my heart, mind, and soul with immeasurable sorrow. Hours have magnified into days and months into years. Each passing moment brings a new sadness that cuts deeper than its predecessor. Never again will I witness the smiles of my children on Christmas morning. Never again will I place money under their pillows in exchange for a lost tooth. Never again will I tuck them in and read a bedtime story. I'll never be invited to my daughter's tea parties in the living room. And I'll never get to cheer my son on from the stands of his soccer matches.

I have been plunged into a darkness previously unimaginable. So torturous are the thoughts, I now understand how one decides having no life is better than the life they have and welcoming death as a permanent relief, an eternal sleep freeing them from the pain and troubles of their own existence. The extent of my pain is beyond the power of vocabulary to describe. So torturous are the thoughts of life without my wife and children. I now understand how one welcomes death as a permanent relief, freeing them from the punishment and troubles of their own existence.

My offenses have also stolen my freedom. I now spend 24 hours a day alone, at least 23 of which are in a 96 square foot cell. I have been reduced to an alphanumeric entry reflecting the housing unit and room I am assigned: Delta 1. The cell has a thin mat, small desk, toilet, and sink. A camera above the door records my every move. A narrow 4-inch-wide window provides an obstructed view of a wall mounted television and the empty day room devoid of life.

Lights illuminate my cell 24 hours a day. Only the sounds of slamming doors, security checks, and screams break the silence. I eat, sleep, wash up, and use the restroom all within an area smaller than a parking space. The cold and bare walls continually close in.

Every meal I've eaten has been consumed in isolation, served through a small door flap that otherwise remains closed. Fellowship has become foreign.

When provided out-of-cell time, it is at most an hour and by myself. I am expected to shower, exercise, and use the information kiosk within 60 minutes. Part of that time can be spent on the "yard", an empty outdoor cage with a concrete floor and 30 foot high walls that block out the sun.

Unlike general population inmates, my placement in isolation prevents me from accessing razors or nail clippers. I cannot possess books or magazines, I cannot attend church or engage in programming. My human interaction is limited to brief words with corrections officers and shouting to other inmates through a heavy solid steel door or through air vents.

With few exceptions, I have spent every hour of every day since my arrest alone. The conditions offend the senses, fill the soul with despair, and induce a strange stupor in which I find myself producing random sounds, making repetitive movements, or remaining motionless

with a blank stare. The ominous significance of every noise and passing shadow induces panic and triggers a rush of adrenaline. My cell has become both a place of safety that I fear leaving and a place of torture that I want to escape.

My increased anxiety and depression, coupled with the lack of exercise afforded to isolation inmates, has led to even less physical activity. As a result, my chronic back pain and sciatica have increased in severity. I now spend nearly 20 hours a day in bed which further explains my mental and physical pain.

What little sleep I can manage is neither welcome nor restful. The replay of my arrest invades my dreams. The sounds of my crying children, the indescribable look on my wife's face, and the sight of tears streaming down my son's cheeks are vividly recalled nightly. I wake exhausted, my prison jumpsuit damp from sweat, my heart continually crushed and broken.

It is a miserable existence made even more miserable by hours of torturous silence or deafening screams which my mind cannot help but occupy with now bittersweet memories of what was, crippling reminders of my sins, and agonizing visions of a life without my family.

My only outlet is a tablet with access to a limited number of books, a law library, and pre-loaded content. But none of it has provided even a brief respite from the distress that consumes me. Every moment, sight, sound, and smell make a heavy heart heavier.

I thought my grim and bleak existence in jail was the realization of all my fears, but now, the certainty of a federal prison sentence has joined the terror-inducing conditions of my confinement, my future and survival more uncertain than ever.

It is the exception to the rule when one leaves prison ready to successfully reintegrate. And woe is the man housed in isolation for he rarely escapes unscathed and with his mind intact. This breeding pool of mental, physical, and moral decline does its best to strangle the last breath of decency out of the men who occupy it. The mixture of violent and habitual offenders with the unlikely to recidivate turn the meek and mild brutish in an attempt to meet their new environment which resembles an earlier state of nature where might makes right.

I will face a more difficult experience than the average inmate. Not only will I be exposed to the financially motivated crimes, but by the nature of my conviction, I will be forced to congregate with other sex offenders. They will likewise share ways to perfect their crimes, a particularly demoralizing environment and one I won't place myself in.

A dangerous and lonely prison experience with extended periods of isolation in protective custody is inevitable. With certainty, my incarceration will change me. I pray it will be for the better but fear it will be for the worse.

Coming to terms with my reality has been difficult. It requires accepting the death of my former self. Whatever I was, I will never be again. Whatever I had is gone. In working through modified stages of grief, I've come to appreciate my former life; never so proud of it as I am

now. I came from little. Both my parents were high school dropouts. My childhood was marked by violence and abuse at the hands of a drug and alcohol addicted mother.

I had no business achieving what I did. Yet, through God's teachings, I made suffering and setbacks opportunities for victory. Through his grace, I conquered the crucibles of affliction and made adversity my instructor.

Little did I know He was preparing me for this moment. Once again, I find myself standing at the brink of defeat. This time, spirit broken with shattered dreams and quickly fading hope, clinging to the belief that "adversity is a instructor set over us by the one who knows us better than we do ourselves, as He loves us better too." My personal history proves this to be true and my faith teaches me that when God wants to educate a man, he rarely does it through achievement and success but instead through trials and tribulations.

For months I asked myself what mighty plan was God working out through my humiliation, descent into poverty, and loss of my family? What grand cause did He see in me in which even He could not bring out so long as my pride stood in the way? Months of anguish, prayer, reflection, and repentance has led me to believe God has placed me in my providential destination where I am to yield my time and talent toward ending child exploitation.

The guilt and shame of being a convicted sex offender leads one to seek isolation and the current punishment scheme for CSAM crimes – perhaps purposefully – pushes offenders into reclusiveness. But what victim is helped, what potential offender is stopped by my acquiescence into a second-class citizen never to be heard from again when my advocacy could shrink – no matter how little – the market for CSAM? I have paid too heavy a price for this experience to shy from public view when its advertisement could benefit others. Simply put, my life has been a life of service and it will continue to be so even with the stain of my conviction serving as a modern-day scarlet letter.

Through this case, I've come to realize the current efforts to eradicate CSAM are insufficient. Very few resources, if any, are dedicated to the prevention and scores of convicted offenders know neither the continuing suffering felt by CSAM survivors nor the incredible and permanent punishment that comes with a conviction. This won't change – and the fight against CSAM will never advance – until men have the courage to speak of their failures and successes. For me, this means heeding God's call, redirecting my strengths and abilities, and creating a non-profit that allows me to carry a message – a message which can only be delivered by one who has lived the devastation of conviction, the horrors of imprisonment, and the sting of unfathomable loss – to those at risk of viewing or distributing CSAM. If these crimes can be deterred, there is no more powerful deterrent than hearing and seeing a man who had everything and lost it.

Admittedly, this new calling is as much about helping victims and discouraging would-be offenders as it is about finding a way to live with the inconsolable heartbreak and unbearable

shame. Hiding from my crimes would only provide a false earthy peace easily broken by each reminder of my conviction. But a heavenly peace that comes with atonement, repentance, and submission to God's plan is everlasting.

Others in my position might be doubtful or apprehensive about seeing and meeting the need God has placed before them: the challenge too great, the crime too ignominious. But for me, there are no steps backwards in life, only opportunities. With the death of my former self will come a larger rebirth for a greater cause.

Make no mistake, I now view the world through tear-dimmed eyes. I will forever cover my face with my hands and weep when thoughts of my wife, children, family, and friends come upon me. What I did, what I lost, and what I suffered have been painfully burnt on my memory. And I will be a prisoner to my crime for as long as I live. But who am I to suppress this message given to me? My obligation is to deliver it with all the strength and power divinely provided.

I expect neither this Court, the victims, nor society to forgive me. After all, I have yet to forgive myself; my redemption incomplete, my story not yet finished. Likewise, I expect your Honor to read these words with skepticism. I assume nearly every defendant – no matter the crime of conviction – displays some level of remorse either genuine or contrived. But I doubt many ask this Court to partner with them and judge their sincerity through actions instead of words. Yet that is exactly what I am asking: for this Court to sentence me to 60 months of incarceration followed by a significant period of home confinement with special conditions that would allow your honor or probation to violate my supervised release if any of these words ring hollow. Such a punishment scheme would see me imprisoned for a significant period of time and would subsequently restrict my liberty for a substantial duration. However, this arrangement would allow me to pay restitution, meet the financial obligations I have to my family, and begin the work laid upon my heart.

I know building a future won't be easy. There will be no fancy cars or big houses. No glamorous vacations or expensive meals. It will take hard work and dedication to overcome my failures. But if anyone can do it, I can. I've not given up on myself and I'm asking this Court not to give up on me either. I can once again be a productive member of society, a beacon of hope and motivation to those similarly situated.

My 39 years on earth have been reduced to two sentencing memorandums and a 34-page PSR. These documents fail to provide an accurate picture of who I am or the good I have left to give. Neither the government, probation, nor my counsel know what is in my heart; their perception colored by my lowest and most shameful moment. Recognizing this, I ask your Honor to view me as a person and not simply where I land on a chart based on a flawed formula. Simply put, I ask this Court for mercy, for hope, and for a chance at redemption before I meet my maker.

Sincerely,

Robert John May III