# EXHIBIT 2:
# Letters from Family Members

Dear Honorable Judge Currie,

     I am writing this letter on behalf of my nephew, Robert John May. I have never known Robert John to be anything but a compassionate and selfless person. For instance, during our large family gathering to pay my father's last respects, Robert John noticed how distraught I was, he knelt down beside me and pressed my fathers watch into my hand. My dad had worn this watch every day for years. It meant more to me than words can ever say. This is just an example of the kind, considerate, and empathetic person I now Robert John to be.

     Sincerely,
     Debbie Herold

Laurie C. May

███████████████████████

████████████████

December 29, 2025

Dear Honorable Judge Cameron M. Currie:

This letter is to ask for leniency for my nephew, Robert John May III. I am the older sister of his father, Bobby May. I have always known Robert John as RJ.

After my brother Bobby was awarded full custody of his two children, RJ excelled at sports, school, and church. RJ is intelligent, talented, and hardworking. He succeeded at college in the US and abroad.

When my father, RJ's grandfather (Eugene R. May), died in 2016, RJ was a big help and comfort to all of us. He cared for my father in his last days, helping to bathe him and shave him. RJ was a rock the rest of us could lean on. RJ took the lead in writing an obituary for my father, because we were all distraught and not thinking clearly.

Years later, when RJ was running for South Carolina representative, I remember his website declared "pro Trump, pro-gun, pro-life." These were not my political views. But I contributed to his campaigns anyway because I knew RJ well. I knew he was a Christian, conservative, family man.

I still don't understand why RJ would seek child pornography. I think RJ must have been in a very dark place and time to do this. I believe RJ fully regrets his actions. I think he will never seek out pornography again, adult or child. I think he is no danger to society.

I implore you to please have compassion on his soul and on his life. I ask for leniency in his sentencing so that he can return to society soon.

Thank you very much for your consideration.

Sincerely, Laurie C. May     (Retired Librarian)

The Honorable Cameron McGowan Currie     Lisa May
United States Courthouse
901 Richland Street
Columbia, S.C. 29201

December 15, 2025

Re: Character Reference for Robert John May III

Dear Honorable Judge Currie,
    I am Lisa May, an aunt of Robert John May III.
I am a 65 year old woman currently employed in
the healthcare field.
    Robert John's impact on the May family is
immeasurable. He has physically, emotionally,
and monetarily supported multiple members of
the family spanning four generations. Robert John
has displayed a caring and altruistic devotion
to his family, to his country, and any person in
dire need of assistance.
    In his personal life, Robert John showed
leadership and generosity by organizing and
conducting large family affairs such as holiday
events, trips, funerals, gatherings, and home
improvement projects. In his educational life,
he received numerous scholarships and
accolades to include a coveted appointment to
West Point. In his professional career, not only
did he serve the public as a state representative
in South Carolina, he also managed the campaigns

of several other political canditates as the founder
of Ivory Tusk Consulting.
  The crimes Robert John comitted are not
indicative of the man he was or can again be in
the future. Although the crimes are reprehensible
and inexcusable, it is my fervent hope, with
appropriate professional counseling and any other
assistance available to him, you can determine
what leniency Robert John deserves.

                        Sincerely,
                        Lisa May
                        Lisa May

Dear Honorable Judge Currie,

I am writing to the court today as an aunt of RJ May. RJ's father, Robert May, was the best friend of my husband since before RJ was born. In this context, I have known RJ all of his life. I was beyond totally shocked with disbelief when I learned of the reality of this part of RJ's life. In all of my experience with RJ, he was always a kind, considerate, fun-loving child, and a good young gentleman.

As a former licensed marriage and family therapist for 30 years, I have witnessed the pain and trauma which can lead individuals down extremely dark paths, making choices totally against the goodness inside of them. I hope and pray one day RJ can attempt to redeem himself. I sincerely believe RJ has the capacity to find and exhibit the good deep within himself before it's too late.

Thank you for any consideration of this.

Sincerely,

Maryann Hart

Dear Honorable Judge Currie,

I am Megan May (maiden name), RJ May's younger sister and only sibling. Thank you for taking the time to read and consider this letter.

I want to be definitively clear at the beginning of this letter that in no way, shape, or form do I justify or excuse the behavior of my brother. As a pastoral counselor and minister, I've mentored and counseled many women tormented by the effects of sexual abuse. Further, as a mother of three young children, his actions are unfathomable. I have become physically sick at discovering the darkness of RJ's actions. It has impacted me deeply, having to take time from work and restarting counseling. I am not necessarily writing this letter to ask for leniency in his sentencing.

However, I would like to tell you about my big brother, the RJ that I know.
On my wedding day 14 years ago, RJ made a toast about visiting Washington D.C. and watching the Changing of the Guards at the Tomb of the Unknown Soldier. He explained that the sentinel guarded something precious and valuable with their life and, on that day, he was the sentinel that was being relieved of his duties, passing on the baton of protection and realized value to my husband.

This was true. RJ and I did, unfortunately, grow up with a large amount of ACE's (Adverse Childhood Experiences). Our parents were divorced, neither of them finished high school, we grew up in poverty, our mother was an addict and has since passed from cirrhosis of the liver. As in any addict home, there was serious neglect and abuse. In the midst of these horrible situations, I had my big brother to protect me. He helped me, he fended off boys and men from me, he took care of me, and he made sure I was safe.

For instance, I remember when RJ was about 11 years old, he was outside while I was inside our small house and our mother was not home. I heard terrible commotion outside, so I went to go see what it was. RJ turned to me through the storm door and, with the most protective look on his face, firmly told me to stay inside. RJ witnessed a murder that evening where a man stabbed our neighbor to death. He saw things, witnessed things, and was exposed to things that I was not because he shielded me from them. Furthermore, beyond the normal sibling annoyance, I never felt unsafe with RJ, especially in a sexual manner. This is one reason why this has been particularly difficult for me and our family.

In high school, I experienced the reality of the love of Jesus Christ through Young Life. I've had many amazing mentors and counselors in my life. I, unfortunately, do not think any of this was RJ's experience.

Though RJ and I have never had a particularly close emotional connection, I could tell you about the many ways in our adult lives how he has shown genuine care for me. How he drove 6 hours and made a dozen freezer meals for us after we had our first child. How he spontaneously put 4 brand new tires on our minivan. How he would gently and respectfully kiss me on the cheek every time we greeted each other or said goodbye after a long time seeing each other. How he would give thoughtful presents and gestures. How he has fixed things for us and has given generously to us, all without us asking.

I tell you these things because you have heard about the monster he has become. And his actions are monstrous. But I have experienced RJ as a caring, protective, and thoughtful man. I believe with the correct therapeutic help and by the power of the Holy Spirit, he can be this person who I know him and have experienced him to be. Please take all of this into your consideration in your sentencing and placement of RJ May.

Sincerely,

Megan May

To the Honorable Judge Currie,

 I  am Karen May, Robert Johns step mother, I'm writing to give you a little back round
on my step son in the hopes that you will take theses words into consideration when deciding on a time
and place for his incarceration.
 I need you to know that this young man has fallen beyond our comprehension, to know him is to
question these very crimes,  After a very long and sad attempt to gain custody of these kids when they
were very young (5 and 8) learning of some very cruel and unusual behavior from there mother, five
years later we were awarded custody,  under our care these kids flourished in there study's, activity's
and social encounters, we were very pleased in there growth and they appeared to be happy and
healthy, we shipped them off to college and Robert John was a model student  active in his pursuit of
his political aspirations, he was a great kid, funny, smart and reliable, to say we don't know what
happened is an understatement, there's no denying that something was wrong as he spiraled into a
world of deprivation beyond our imagination, we are devastated, but we love our son very much and
we want to see him get the help and the punishment that is just for these crimes, please know that this
example your seeing of him is not the son we know, and he can have so much more to give this world if
he can overcome these demons that we suspect came from his abusive relationship with his mother at
that  young age, please consider this when you rule and if you could recommend a facility were he can
get counseled close to us in Virginia we would be grateful, as we are getting older and hope we are
around to help him when and if he gets out, hopefully a new man. A healed man.

Very truly,

Karen May

Dear Honorable Judge Currie,

My name is Robert May, RJ May is my son.

I ask you to consider reducing the probation's report recommended sentence.

RJ will have a support team of family and friends upon his release because we once knew a decent and giving young man.

I believe a long tumultuous addiction to pornography and a childhood overshadowed with a mother who would, and did, try to destroy her own children brought us to where we are now.

This does not excuse or even explain his actions. None of us, only RJ, will know the true horrors he endured by his mother.

But we do know the absolute horrors of the children in these videos who are the real victims- for their entire lives.

Your honor, I cannot grasp the actions of someone who had two beautiful God-given children of his own, who he truly did nourish, teach, love, and protect- all these things denied to him by his own mother. I cannot even begin to make sense of his viewing and, God help me, his pleasure, in seeking out the torture of these children. Your honor, he is mentally not well to have engaged in this behavior.

I'm begging you to consider, that with intense counseling and with the support of family and friends who will be with him now and in the years to come, that he can have remorse and seek redemption. That he will come to see that he is not a piece of trash which his mother told him every day of his young life. But, instead, he is still loved by his family, beginning with me, his father, his stepmom Karen, his sister, his aunts and uncles, and his own children, especially his son Bobby. I believe he can be redeemed by the power of Christ on the cross. This is truly our only hope for forgiveness for such a horrible crime against humanity.

I ask that you give him a chance to rid himself of his demons and to truly be the man we all knew of him.

RJ's desire to serve his country began early in high school through the ROTC program. After getting accepted to the nation's military schools, we visited West Point and here he learned there was no guarantee of transfer to his dream of being a marine, following the footsteps of both his grandads. That is how he ended up at the University of South Carolina's Marine program. After a year or more, he had back issues and was honorably discharged. I'm sure this broke him more than he ever let on. As before in his young life, he picked up the pieces and moved on. Thus, began his political career. I remember saving an article naming him one of the top 10 South Carolinians to keep an eye on.

This is where I will never understand an addiction so strong as to throw away, first and foremost, his wife and his beautiful children, along with his career. The fact that he will never be allowed to vote may not seem a lot for an average person, but it was his whole life. Again, I ask myself, what demons possessed him to so callously throw it all away, especially for such a repulsive crime and total disregard for the children forced into an unspeakable horror. This will weigh heavily on your mind, and it does mine.

Your honor, I was in your courtroom when you spoke with him on several occasions. He is not a monster- he did monstrous things. The Bible tells us sexual immorality is a sin against ourselves. I believe this to be true. Please give him a minimum sentence so he can make good as a son, brother, and yes, possibly as a father one day.

We can't change this sick world we find ourselves in. We can never forget the true victims of unimaginable horrors these children have gone through.

My son's sins can be forgiven and I ask of you, as his own attorney once said to me, "this does not define your son. Don't forget all the good he has done." And that this conviction is not the entirely of the man.

I ask you to consider this in determining the length of his sentence.

I believe that this kind of behavior can stop and be prevented from happening again.  Who would I or you be to not have faith that change and redemption are possible?

I'm asking you to consider half of the sentencing time recommended. And, as to the degree of security placement, he is not a threat to anyone. Please place him in the most minimal security incarceration as possible.

I know my son as one who will do good and not bad. In his time behind bars, that has already been shown in the time he is now serving helping other inmates. It is hard for me to tell you he is a good man, considering his guilt. But I love and have faith in the man I call my son. Please have mercy, he is a kind and helpful human being.

We are making plans for his recovery and work here on our 29-acre rural Virginia farm. He always seemed to enjoy my chosen profession of working in harmony with the land. Long-term daily grind of planting acres of a chosen crop. It will be a beginning of a new life for RJ.

I plead with you to judge him not only for his crime but for the good person he was. I believe he can be redeemed. Please let the length of his sentence reflect that so that one day, sooner than later, he can be given a chance.

Sincerely,

Robert John May