# EXHIBIT 3:
# Letters from Inmates

Your Honor I am writing you concerning Robert May. The few months I've known him he has been extremely helpfull. He is a good guy. From talking to him I found out He is in Grace faith in the Lord. Every night He Reads the whole pod scripture.

The conditions we live in ain't great even for Jail, We Be locked up 23 hours a day and sometimes we don't even get Rec. We Talk threw air vents and Its very depressing our anxiety is threw the roof the conditions just ain't great

Your Honnor Robert isn't a Bad person he Brings Joy to my pod everyday. He Just made a mistake and we all make mistakes he told me He would take it Back in a heart Beat. He has Lost so much Because of his mistakes I'm asking please have Remorse for Him he has not only Lost time But also his wife. They were Together 20 years

Thats already 20 years lost your honor. I'm asking please have mercy on him. I often here him crying threw the vent your honor he has alot of remorse for what he has did.

Your honor I believe everyone deserves a second chance at life. If Robert gets 15 plus years what more in life is there. He already has a plan for when he gets out and its not a bad plan.

Your honor to conclude I ask please have mercy on Robert just for he is a good man that just made a mistake. I understand you cant give him just probation but I ask you give the mandatory minimum of a sentence to him. Thank you and have a blessed and wonderful day.

X Richard Craig Stevens II

DEAR YOUR ARMOR,

I feel like Robert May is a very good person the reason I say this is Because I'm only 17 I've Been Going through a lot of ups and downs since I've Been here and Robert Been A Big Help Since I have Been here. I'm not Allowed to talk to my family in here He keeps me Positive and helps me control my overthinking every night He reads us A Bible verse Before we go to sleep to keep us positive without Him I Don't think I would've lasted in here. He talks About his kids Alot, He really misses them it makes him sad not Being able to Be there for his kids I can tell He's A Good Father not Just me everyone in here sees what he is we All feel like he Deserve a second to Be with his kids.