# EXHIBIT 4:
## Medical Records



| | LEXINGTON MEDICAL CENTER | May, Robert John III |
|---|---|---|
| | 2720 Sunset Boulevard<br>West Columbia SC 29169 | Visit date: 3/27/2019 |

### 03/27/2019 - Office Visit in LFP - White Knoll (continued)

**Medication List (continued)**

**Stopped in Visit**
None

**Clinical Notes**

**Progress Notes**

Amberg, Benjamin Joel, NP at 3/27/2019 0800

Version 2 of 2

Author: Amberg, Benjamin Joel, NP    Service: —    Author Type: Nurse Practitioner
Filed: 03/29/19 1105    Encounter Date: 3/27/2019    Status: Addendum
Editor: Amberg, Benjamin Joel, NP (Nurse Practitioner)

**Subjective**
Robert John May III[BA.1T] is a[BA.2T] 32 y.o. male[BA.1T] who presents for the following chief complaint(s):[BA.2T]
**Chief Complaint**
Patient presents with
- Back Pain[BA.1T]

HPI:[BA.2T]
Patient presents today requesting to establish care. Was seeing a PCP downtown, but moved closer to this office, and this location is more convenient for him. He is originally from Virginia, and has had some surgical procedures in Virginia.

Has a history of 3 lumbar back surgeries, beginning at age 18, last one was 2018 at MUSC. First 2 surgeries occurred in Virginia. Believes initial back injury was due to training with ROTC. Until the past year, was seen a neurosurgeon at MUSC. This surgeon transferred to Virginia, and the patient is now without a neurosurgeon. The patient is working on obtaining medical records from his lumbar surgeries, and will forward these to our office.

Will have occasional flairs of lower back pain. One week ago he was standing for an extended period of time, and felt a low back spasm, which has now improved until today.



| | LEXINGTON MEDICAL CENTER<br>2720 Sunset Boulevard<br>West Columbia SC 29169 | May, Robert John III<br>Visit date: 3/27/2019 |
|---|---|---|

### 03/27/2019 - Office Visit in LFP - White Knoll (continued)

**Clinical Notes (continued)**

Further ROS as per HPI[BA.2T]

### Patient Active Problem List
Diagnosis
- Lumbar disc herniation
- History of lumbar surgery
- Herniation of intervertebral disc between L5 and S1
- Herniation of intervertebral disc between L4 and L5

### Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| BACK SURGERY<br>*L4-L5, L5-S1, L3-L4* | | 2018 |
| HAND SURGERY<br>*UCL repair* | | 2003 |





| Lexington Medical Center | LEXINGTON MEDICAL CENTER<br>2720 Sunset Boulevard<br>West Columbia SC 29169 | May, Robert John III<br>Visit date: 3/8/2022 |
|---|---|---|

**03/08/2022 - Office Visit in Lexington Urology (continued)**

**Clinical Notes (continued)**

Start testosterone injections. 200 mg intramuscular injections every 10 days. We will see him back with labs in 3 months.

Return in about 3 months (around 6/8/2022).[KD.1T]

This note has been generated in part with voice recognition software within an electronic medical record. Please excuse grammatical, spelling and punctuation errors.[KD.2T]

Electronically signed by Delay, Kenneth J, MD at 03/08/22 1036

**Attribution Key**
KD.1 - Delay, Kenneth J, MD on 03/08/22 1035
KD.2 - Delay, Kenneth J, MD on 03/08/22 1033
M - Manual, T - Template

 Lexington Medical Center

LEXINGTON MEDICAL CENTER
2720 Sunset Boulevard
West Columbia SC 29169

May, Robert John III

Visit date: 8/31/2023

**08/31/2023 - Office Visit in Lexington Urology (continued)**

**Clinical Notes**

**Progress Notes**

**Ernst, Laura L, PA at 8/31/2023 1315**

Version 1 of 1

Author: Ernst, Laura L, PA  Service: ---  Author Type: Physician Assistant
Filed: 08/31/23 1601  Encounter Date: 8/31/2023  Status: Signed
Editor: Ernst, Laura L, PA (Physician Assistant)

Subjective[LE.1T]

Patient also had his testosterone labs drawn on 8/24/2023. Patient's testosterone level was fairly significantly elevated at 1230. PSA was 0.70, estradiol was 16 (completely normal for male), AST, ALT, hemoglobin all normal. Patient last seen by Dr. DeLay on 2/6/2023, his testosterone injections were changed to every 7 days, and Arimidex was also changed to 1 mg every other day for elevated estrogen.

Patient's testosterone level was drawn on 8/24/2023, patient's last shot was on[LE.2M] 8/22/2023. Patient also had additional testosterone drawn on 8/22/2023, prior to taking his shot and it was 912.[LE.4M]

 Lexington Medical Center

| | | |
|---|---|---|
| | LEXINGTON MEDICAL CENTER<br>2720 Sunset Boulevard<br>West Columbia SC 29169 | May, Robert John III<br><br>Visit date: 8/31/2023 |

**08/31/2023 - Office Visit in Lexington Urology (continued)**

**Clinical Notes (continued)**

[redacted]

Return in about 6 months (around 2/29/2024) for Testosterone labs prior.[LE.1T]

Patient to get repeat semen analysis to confirm sterility. Recommended switching patient to every 10 days for his testosterone injection, patient requested that we keep him every 7 days and simply reduce his dosage. Staffed with Dr. DeLay, agree that patient can go to 150 mg every 7 days.

[redacted]

This note has been generated in part with voice recognition software within an electronic medical record. Please excuse grammatical, spelling and punctuation errors.[LE.2T]

Electronically signed by Ernst, Laura L, PA at 08/31/23 1601

**Attribution Key**
LE.1 - Ernst, Laura L, PA on 08/31/23 1600
LE.2 - Ernst, Laura L, PA on 08/31/23 0746
LE.3 - Ernst, Laura L, PA on 08/31/23 1542
LE.4 - Ernst, Laura L, PA on 08/31/23 1325
LE.5 - Ernst, Laura L, PA on 08/31/23 1546
M - Manual, T - Template

 Lexington Medical Center

LEXINGTON MEDICAL CENTER
2720 Sunset Boulevard
West Columbia SC 29169

May, Robert John III

Visit date: 3/8/2022

**03/08/2022 - Office Visit in Lexington Urology (continued)**

**Clinical Notes (continued)**

- decreased testosterone
    *No other syms or problems*

**Patient Active Problem List**
Diagnosis
- Lumbar disc herniation
- History of lumbar surgery
- Herniation of intervertebral disc between L5 and S1
- Herniation of intervertebral disc between L4 and L5
- Bifid uvula
- Right middle lobe pneumonia
- Gall stones
- Hepatomegaly
- RBBB
- Obesity
- Malaise
- Close exposure to 2019-nCoV
- Dizzy
- Situational anxiety
- Nocturia
- Exposure to COVID-19 virus
- Essential hypertension
- Decreased testosterone level



**Active Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|
| Lumbar disc herniation | 06/25/2018 |
| History of lumbar surgery | 03/27/2019 |
| Herniation of intervertebral disc between L5 and S1 | 03/27/2019 |
| Herniation of intervertebral disc between L4 and L5 | 03/27/2019 |
| Bifid uvula | 04/02/2019 |
| Right middle lobe pneumonia | 12/01/2019 |
| Gall stones | |
| Hepatomegaly | 04/29/2020 |
| RBBB | 08/05/2020 |
| Obesity | 02/05/2021 |
| Malaise | 02/05/2021 |
| Close exposure to 2019-nCoV | 12/05/2020 |
| Dizzy | 02/05/2021 |
| Situational anxiety | 02/05/2021 |
| Nocturia | 02/05/2021 |
| Exposure to COVID-19 virus | 03/12/2021 |
| Essential hypertension | 02/11/2022 |



| | LEXINGTON MEDICAL CENTER | May, Robert John III |
|---|---|---|
| | 2720 Sunset Boulevard | |
| | West Columbia SC 29169 | Visit date: 2/11/2022 |

### 02/11/2022 - Office Visit in LFP - White Knoll (continued)

**Clinical Notes (continued)**

**Subjective**
Robert John May III[BA.1T] is a[BA.2C] 35 y.o. male[BA.1T] who presents for the following chief complaint(s):[BA.2C]

**Chief Complaint**
Patient presents with
- Anxiety
    *6 month follow up*
- Hypertension[BA.1T]

HPI[MB.1M]
Patient presents today for a follow-up of his chronic conditions.

He does carry history of situational anxiety, with a high stress load pertinent to his job as a[BA.2C] politician.[BA.3M] On 4/16/2020 he was started on Lexapro 10 mg daily, with 0.125 mg Klonopin PRN. Past therapy includes Zoloft (2017).[BA.2C] He complains today of insomnia, will often lie awake for hours, sometimes only gets a few hours of sleep per night.[BA.3M]

He has been on valsartan since 2017, initially started[BA.2C] for hypertension[BA.3M] in conjunction with treatment for anxiety. Was historically on 160 mg daily until May 2019, dose then decreased to 80 mg. Further reduction to 40 mg August 2020. Historic EKG with RBBB from 9/17/16. *Repeat EKG 8/5/20 with sinus brady, no RBBB.*[BA.2C]




 LEXINGTON MEDICAL CENTER
2720 Sunset Boulevard
West Columbia SC 29169

May, Robert John III

Visit date: 8/8/2024

## 08/08/2024 - Office Visit in LFP - White Knoll (continued)

**Clinical Notes (continued)**

Author: Amberg, Benjamin Joel, NP
Filed: 08/09/24 0753
Editor: Amberg, Benjamin Joel, NP (Nurse Practitioner)

Service: —
Encounter Date: 8/8/2024

Author Type: Nurse Practitioner
Status: Signed



### Subjective
Robert John May III[BA.1T] is a[BA.2C] 37 y.o. male[BA.1T] who presents for the following chief complaint(s):[BA.2C]

### Chief Complaint
Patient presents with
- Anxiety
    *(Fasting)*
- Depression
    *Acute onset, per patient "just in a bad place, can't keep his eyes open, haven't ate/drank in 4 days".*[BA.1T]

### HPI[BA.2M]
Robert John May III[BA.1T] is a[BA.2C] 37 y.o. male[BA.1T] with a history significant for situational anxiety, HTN, HLD, hepatomegaly (US abdomen 4/29/20), chronic lumbar back pain (s/p lumbar surgeries x 3), OSA on CPAP, ▇▇▇▇ who returns today[BA.2C] complaining[BA.3M] of acute anxiety and depression.

He describes a marked increase in life stresses due to marital strain. He describes increased depressive symptoms over the past week, with a subjective inability to get out of bed. He denies any SI or attempts at self harm. He would like to see counseling. He would like to titrate his medication regimen. Denies any EtOH use. Describes loss of appetite.[BA.4M]

He does carry history of situational anxiety,[BA.2C] historically[BA.4M] associated with work-related stress. He maintains Lexapro 10 mg daily, which has[BA.2C] historically[BA.4M] been effective to control[BA.2C] his[BA.4M] symptoms. Prior therapy includes: **Klonopin, Zoloft** (2017). He complains today of insomnia, will often lie awake for hours, sometimes only gets a few hours of sleep per night. As of 2/11/2022 we did start **trazodone** 50-150 mg nightly as needed (ineffective, excessive AM somnolence). He has tried OTC remedies without relief.

He has been on valsartan since 2017, initially started for hypertension in conjunction with treatment for anxiety. Was historically on 160 mg daily until May 2019, dose then decreased to 80 mg. Further reduction to 40 mg August 2020.

Lexington Medical Center

LEXINGTON MEDICAL CENTER
2720 Sunset Boulevard
West Columbia SC 29169

May, Robert John III

Visit date: 8/8/2024

**08/08/2024 - Office Visit in LFP - White Knoll (continued)**

Clinical Notes (continued)

Has a history of 3 lumbar back surgeries 2005 (L4-L5), 2006 (L5-S1), beginning at age 18, last one was 2018 at MUSC (L2-L3). First 2 surgeries occurred in Virginia. Believes initial back injury was due to training with ROTC. Until 2019 was seen by a neurosurgeon at MUSC. He was then referred to Lexington Brain and Spine in 2019. He has historically had a home supply of Robaxin and hydrocodone, and PRN Valium.

He does continue to use CPAP nightly for OSA, and describes ~4-5 hours of sleep.