# EXHIBIT 5:
# Handwritten List of Completed Courses

Rehabilitative and Educational Efforts AT ECDC

Rehabilitative Content Completed:
- Co-parenting and Blended Families
- Positive Parenting
- Managing Anxiety and Depression
- Understanding Disorders: Depression
- Understanding Disorders: Panic Attacks
- Impacts and Complications of Opiod Use
- Budgeting Basics
- Repairing Your Credit Score
- Job Interview Skills
- Writing a Cover Letter
- Forming Your Resume
- Felon Friendly Jobs
- Job Guide for People with Criminal Records

Online Education Courses Completed:
- Ancient Art
- Biodiversity
- Economics and Personal Finance
    - Foundations of Economics
    - Producers and Consumers in Markets
    - The Microeconomy and Price Systems
    - The Role of Government in Markets
    - Macroeconomic Challenges
    - U.S. Financial Systems

- Economic Stabilization
- Global Economy
- Employment
- Banking
- Financial Goals
- Budgeting and Saving
- Saving and Investing
- Taxes

· Finance and Capital Markets
  - Interest and Debt
  - Housing
  - Inflation
  - Taxes
  - Accounting and Financial Statements
  - Stocks and Bonds
  - Investment Vehicles, Insurance, and Retirement
  - Money, Banking, and Central Banks
  - Options, Swaps, Futures, MBSs, CDOs, & Derivatives
  - Current Economics

· Macroeconomics
  - Basic Economic Concepts
  - Economic Indicators and the Business Cycle
  - National Income and Price Determination
  - Financial Sector
  - Long-Run Consequences of Stabilization Policies
  - Open Economy: International Trade and Finance
  - Keynesian Approaches and IS-LM

- Contemporary Macroeconomic Issues
- Microeconomics
  - Basic Economic Concepts
  - Supply, Demand, & Market Equilibrium
  - Elasticity
  - Consumer/Producer Surplus, Market Interventions, and International Trade
  - Consumer Theory
  - Production Decisions and Economic Profit
  - Forms of Competition
  - Factor Markets
  - Market Failure and the Role of Government
- NASA
  - NASA Mission Control
  - Measuring the Universe
  - Exploring the Universe
- Natural History
  - Dinosaurs
  - The Universe
  - Human Evolution
  - Earthquakes and Volcanoes
- Philosophy
  - Critical Thinking
  - Metaphysics and Epistemology
  - Value Theory
  - History of Philosophy
  - Emerging Technologies

- Neurophilosophy
- Punishment
- Happiness
- Democracy

Books Read:
- The Call of The Wild
- White Fang
- The First Battle of Bull Run
- The Red Badge of Courage
- On Liberty
- Second Treatise of Government
- Implement Sheds on the Farm
- Simple Repairs For the Home and Farm
- Concreate Construction for the Home and Farm
- Pork Slaughtering on the Farm
- Beef Slaughtering on the Farm
- Lamb Slaughtering on the Farm