IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 3:25-778 (CMC) |
|  | ) |  |
| -vs- | ) | NOTICE OF FILING |
|  | ) |  |
| ROBERT JOHN MAY, III | ) |  |
|  | ) |  |

Please find attached a character letter, written by Representative Ryan McCabe, pertaining to Mr. Robert May's case.

Respectfully submitted,

s/Jenny D. Smith_____
Assistant Federal Public Defender
1901 Assembly Street, Suite 200
Columbia, South Carolina  29201
Telephone: (803) 765-5076
ATTORNEY ID# 10803
Email address: Jenny_D_Smith@fd.org

Columbia, South Carolina
January 13, 2026