**D. Ryan McCabe, Jr.**

January 12, 2026

The Honorable Cameron McGowan Currie
United States District Judge
United States District Court

**Re: R.J. May**

Dear Judge Currie:

    I am unable to attend the hearing as I will be in legislative session and have a flight out-of-state that day, but I write to share my personal observations of Mr. May's character and the painful impact this matter has had on his family. I understand the seriousness of the charges and do not attempt to undermine the seriousness in any way.

    I have known Mr. May for more than five years. In all of my dealings with Mr. May, he was honorable. Even though he was a "bareknuckle brawling" politician in the way he approached his work, he always kept his commitments and followed through on what he said he would do.

    I have also observed Mr. May on many occasions with his two young children, ▊ and ▊. I continue to see ▊ and ▊. They witnessed his arrest, and they have been devastated by seeing it. In the time I have known him, I always observed Mr. May to be a good father to his children - kind, patient, and attentive. ▊, in particular, has had a difficult time adjusting and still asks when he will see his father again. All of this has been tremendously painful for his children.

    When Mr. May was accused, it was unfathomable to me based on what I have personally seen and heard over the more than five years that I have known him. I have never heard him say anything sexually inappropriate or make crude jokes. I also witnessed him being devoted to his wife and children throughout the time I have known him. Even today, it is difficult to believe.

    I respectfully ask the Court to consider a sentence that, consistent with the Court's judgment and the purposes of sentencing, allows ▊ and ▊ the opportunity to have some relationship with their father while they are still young. I love and worry about these two wonderful kids that need to know their father – even if he's flawed.

    Thank you for your time and consideration.

                                                  Respectfully submitted,

                                                *Ryan*

                                            D. Ryan McCabe, Jr.