# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CR. NO. 3:25-778 |
| | ) | |
| v. | ) | NOTICE OF APPEAL |
| | ) | |
| **ROBERT JOHN MAY, III,** | ) | |
| | ) | |
| DEFENDANT. | ) | |

Notice is hereby given that Robert John May, III, the defendant named above, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment in a Criminal Case entered in this action by The Honorable Cameron McGowan Currie, United States District Judge on the 14th Day of January, 2026.

Respectfully submitted,

s/ *Jenny D. Smith*
Jenny Draffin Smith
Assistant Federal Public Defender
Federal Public Defender's Office
1901 Assembly Street, Suite 200
Columbia, South Carolina 29201
T: 803-765-5076
F: 803-765-5084
Attorney ID# 10803
Jenny_D_Smith@fd.org

January 27, 2026
Columbia, South Carolina