3:25-cr-00778-CMC   Date Filed 01/29/26    Entry Number 114      Page 1 of 1

FILED: January 29, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-4048
(3:25-cr-00778-CMC-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ROBERT JOHN MAY, III, a/k/a joebidennnn69, a/k/a Eric Rentling

      Defendant - Appellant

_____

O R D E R
_____

The court appoints the Federal Defender for the District of South Carolina to represent Robert John May, III in this case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk